## IN THE COMMON PLEAS COURT OF FRANKLIN COUNTY, OHIO

**EMILY B. SHEARER**                                  :
165 Lofton Circle
Delaware, Ohio 43015                                  :

and

**LORA E. SHEARER,**                                  :          Case No:
165 Lofton Circle                                     :
Delaware, Ohio 43015
                                                      :          Judge:
          Plaintiffs,
                                                      :          <u>**JURY DEMAND ENDORSED HEREON**</u>

**vs.**

**JASPREET KAUR**
**dba FREON TRUCKING** 1135                           :
Enos Ln
Bakersfield, California 93314                         :

and                                                   :

**QUAD TRANS INC.**                                   :
600 Hosking Avenue, Apt. 14A
Bakersfield, California 93301
                                                      :
and                                                   :
                                                      :
**SINGH JAGJIT**                                      :
5802 Blue Spruce Avenue
Bakersfield, California 93301                          :

and                                                   :

**PROGRESSIVE SPECIALTY**
**INSURANCE COMPANY**                                 :
c/o CT Corporation System
4400 Easton Commons, STE 125                          :
Columbus, Ohio 43219
                                                      :
and                                                   :

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE**
**COMPANY**

One State Farm Plaza                            :
Bloomington, Illinois 61710
                                                :
and
                                                :
**ANTHEM BLUE CROSS**
**BLUE SHIELD**
220 Virginia Avenue                             :
Indianapolis, Indiana 46204
                                                :
Defendants.

## **COMPLAINT**

Now comes the Plaintiffs Emily B. Shearer and Lora E. Shearer (collectively, "Plaintiffs"), and for their Complaint, state as follows:

## **PARTIES**

1.      Plaintiffs are domiciled in and citizens of the State of Ohio, residing in Delaware County, Ohio.

2.      Defendant Jaspreet Kaur dba Freon Trucking is registered with the Federal Motor Carrier Safety Administration with a USDOT number of 3144780 and is a business entity organized and existing under the laws of California with its principal place of business in Bakersfield, California, Kern County, doing business in the State of Ohio.

3.      Defendant Quad Trans Inc. is a business entity organized and existing under the laws of California, with its principal place of business in Bakersfield, California, doing business in the State of Ohio.

4.      Defendant Singh Jagjit is domiciled in and a citizen of the State of California, residing in Bakersfield, California, doing business in the State of Ohio.

5. Defendant Progressive Specialty Insurance Company ("Progressive") is a business entity organized and existing under the laws of the State of Ohio with its principal place of business in Franklin County, Ohio.

6. Defendant State Farm Mutual Automobile Insurance Company ("State Farm") is a company organized and existing under the laws of Ohio with its principal place of business in Newark, Ohio, Licking County, doing business in the State of Ohio.

7. Defendant Anthem Blue Cross Blue Shield ("Anthem") is a government agency with its principal place of business in Louisville, Kentucky, Jefferson County, doing business in the State of Ohio.

8. This Court has jurisdiction over the subject matter of this personal injury action.

**FACTS AND CLAIMS COMMON TO ALL CAUSES OF ACTION**

9. On August 23, 2020, at about 6:16 p.m., Plaintiff Emily B. Shearer was lawfully driving southbound on 71SB at Ikea Way in Columbus, Franklin County, Ohio.

10. On the same day and at the same time, Plaintiff Lora E. Shearer was a passenger in the vehicle driven by Plaintiff Emily B. Shearer.

11. On the same day and at the same time, Defendant Singh Jagjit ("Jagjit"), was driving a motor vehicle owned by Defendant Quad Trans Inc., of his employer, Defendant Jaspreet Kaur dba Freon Trucking ("Freon Trucking"), in the course and scope of his employment with Freon Trucking, traveling southbound on 71SB to the left of Plaintiffs.

12. As Jagjit proceeded, without slowing down or attempting to slow down, Jagjit drove his vehicle into the driver side of Plaintiffs' vehicle violently striking Plaintiffs' vehicle and forcing it spin across three lanes of traffic and onto the median, where it finally came to rest.

Defendant Jagjit negligently and consciously struck Plaintiffs' vehicle, causing them to suffer permanent injuries.

13. Defendant Jagjit violated (for which violation he was cited) Columbus Ordinance § 2131.08(A), driving within lanes, and was in violation of other Ohio and Federal safety statutes, and Ohio common law.

14. Jagjit was negligent and operated his vehicle with a conscious disregard for the safety of the motoring public and Plaintiffs, resulting in permanent and substantial physical deformities and disabling injuries to Plaintiffs, including concussions, injuries to neck, shoulder, clavicle, elbow, forearm, knee, chest and back and other psychological and physical injuries.

15. Jagjit violated state and federal statutes and regulations including, but not limited to, 49 C.F.R. § 350-399 and Columbus Ordinance § 2131.08(A).

16. Jagjit's statutory violations directly and proximately caused Plaintiffs to suffer damages and injuries.

17. Jagjit is negligent *per se* based on these statutory and regulatory violations.

18. Jagjit's actions demonstrate a conscious disregard for the rights and safety of Plaintiffs, and the rest of the motoring public, acting with indifference to the consequences to others despite being aware of his conduct and knowing there was a great probability of causing substantial harm.

19. Following the collision, Defendants Jagjit, Freon Trucking, and Quad Trans were sent letters instructing them to preserve evidence even though required to do so as a matter of law. (Exhibits 1, 2, and 3).

## FIRST CAUSE OF ACTION
*Plaintiff Emily B. Shearer's Personal Injury Claim*

20. All allegations above are incorporated into this cause of action by reference.

21.     Jagjit had a duty to drive his vehicle in a safe and reasonable manner, to obey all traffic laws, to obey all traffic devices, and to maintain a safe distance ahead.

22.     On August 23, 2020, Jagjit consciously failed to meet his required duties and was therefore negligent and/or malicious in the operation of his vehicle in the course and scope of his employment with Defendant Freon Trucking.

23.     Jagjit's negligence and malice were a direct and proximate cause of Plaintiff Emily B. Shearer's permanent and substantial physical deformities and disabling physical injuries and psychological injuries, including, but not limited to, concussion, injuries to neck, shoulder, clavicle, forearm and knee, some of which are permanent and all of which required past medical and psychological treatment and will require future medical and psychological treatment.

24.     As a direct and proximate result of Jagjit's negligence and malice, Plaintiff Emily B. Shearer has lost past and future wages, and her earning capacity has been impaired.

25.     As a direct and proximate result of Jagjit's negligence and malice, Plaintiff Emily B. Shearer incurred medical bills for the treatment of her injuries directly resulting from this collision.

26.     As a direct and proximate result of Jagjit's negligence and malice, Plaintiff Emily B. Shearer experienced physical and mental pain and suffering, and lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION
*Plaintiff Lora E. Shearer's Personal Injury Claim*

27.     All allegations above are incorporated into this cause of action by reference.

28.     Jagjit had a duty to drive his vehicle in a safe and reasonable manner, to obey all traffic laws, to obey all traffic devices, and to maintain a safe distance ahead.

29. On August 23, 2020, Jagjit consciously failed to meet his required duties and was therefore negligent and/or malicious in the operation of his vehicle in the course and scope of his employment with Defendant Freon Trucking.

30. Jagjit's negligence and malice were a direct and proximate cause of Plaintiff Lora E. Shearer's permanent and substantial physical deformities and disabling physical injuries and psychological injuries, including, but not limited to concussion, injuries to neck, arm, chest, and back, some of which are permanent and all of which required past medical and psychological treatment and will require future medical and psychological treatment.

31. As a direct and proximate result of Jagjit's negligence and malice, Plaintiff Lora E. Shearer incurred medical bills for the treatment of her injuries directly resulting from this collision.

32. As a direct and proximate result of Jagjit's negligence and malice, Plaintiff Lora E. Shearer experienced physical and mental pain and suffering, and lost the ability to perform usual activities, resulting in a diminished quality of life.

### THIRD CAUSE OF ACTION
*Vicarious Liability of Defendant Freon Trucking*

33. All allegations above are incorporated into this cause of action by reference.

34. At all relevant times, Jagjit was acting in the course and scope of his employment as, an employee, agent, servant, or independent contractor for Defendant Freon Trucking. Accordingly, Defendant Freon Trucking is vicariously liable for the negligent and malicious acts of Jagjit described in the statement of facts, above.

35. Regardless of the employment or agency relationship, Defendant Freon Trucking is an interstate motor carrier responsible for the acts of its driver.

**FOURTH CAUSE OF ACTION**
*Strict Liability of Defendant Freon Trucking*

36.     All allegations above are incorporated into this cause of action by reference.

37.     Defendant Freon Trucking is the registered owner of the USDOT number 3144780 and is therefore responsible for the acts of Jagjit.

38.     All allegations above are incorporated into this cause of action by reference.

39.     Defendant Freon Trucking had a duty to act reasonably in hiring, instructing, training, supervising, and retaining its drivers and other employees and agents, including Jagjit, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles, including Jagjit and the Freon Trucking trucks he was driving, were reasonably safe.

40.     Defendant Freon Trucking had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible (leased or otherwise), competent and qualified drivers.

41.     Defendant Freon Trucking failed in the above-mentioned duties and was therefore negligent.

42.     Defendant Freon Trucking's negligence was the direct and proximate cause of Plaintiffs' injuries and the damages described in this Complaint.

**FIFTH CAUSE OF ACTION**
*Negligence of Defendant Freon Trucking*

43.     All allegations above are incorporated into this cause of action by reference.

44.     Defendant Freon Trucking had a duty to act reasonably in hiring, instructing, training, supervising and retaining its drivers and other employees and agents, including Defendant Jagjit, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe.

45.     Defendant Freon Trucking had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent and qualified drivers.

46.     Defendant Freon Trucking failed in the above-mentioned duties and was therefore negligent.

47.     Defendant Freon Trucking's negligence was the direct and proximate cause of Plaintiffs' injuries and the damages described in this Complaint.

## SIXTH CAUSE OF ACTION
*Statutory Violations of Defendant Freon Trucking*

48.     All allegations above are incorporated into this cause of action by reference.

49.     Defendant Freon Trucking violated state and federal statutes and regulations, including but not limited to, 49 C.F.R. §§ 350-399 and O.A.C. 4901:2-5-01, et seq. These regulations were promulgated to protect the safety of a class of people that includes Plaintiffs.

50.     Defendant Freon Trucking's statutory violations directly and proximately caused Plaintiffs' damages and injuries.

51.     Defendant Freon Trucking is negligent *per se* based on these statutory and regulatory violations.

## SEVENTH CAUSE OF ACTION
*Claim for Punitive Damages against Defendants Jagjit and Freon Trucking*

52.     All allegations above are incorporated into this cause of action by reference.

53.     Defendant Jagjit's and Defendant Freon Trucking's actions demonstrate a conscious disregard for the rights and safety of Plaintiffs and the motoring public, with a conscious disregard for the rights and safety of the Plaintiffs and others despite being aware of their conduct and knowing there was a great probability of causing substantial harm.

54.     Accordingly, Plaintiffs demand punitive damages against Defendants Jagjit and Freon Trucking.

### EIGHTH CAUSE OF ACTION
*Claim for Negligent Entrustment against Quad Trans Inc.*

55.     All allegations above are incorporated into this cause of action by reference.

56.     Defendant Quad Trans Inc. was the owner of the vehicle operated by Jagjit and Freon Trucking, and knowingly, through actual knowledge or through knowledge implied from known facts and circumstances, and negligently entrusted the operation of their vehicle to Defendants Jagjit and Freon Trucking, who were inexperienced or incompetent to operate the motor vehicle.

57.     Defendant Quad Trans Inc., at all relevant times, also acted as principal/master for Defendants Jagjit and Freon Trucking in the operation of the vehicle.

58.     As principal and owner of the vehicle operated by agent Defendants Jagjit and Freon Trucking, Defendant Quad Trans Inc. is vicariously liable to the Plaintiffs for injuries and damages sustained by Plaintiffs.

### NINTH CAUSE OF ACTION
*Declaratory Judgment Action Against Progressive Specialty Insurance Company*

59.     All allegations above are incorporated into this cause of action by reference.

60.     Plaintiff, Emily B. Shearer was insured under a policy or policies of commercial and/or automobile and/or other insurance issued by Defendant Progressive Specialty Insurance Company to Emily B. Shearer, which upon information and belief, was Policy No. 923398536, and included UIM coverage, and/or other associated coverage.[1]

---

[1] Pursuant to Civ.R. 10(1), Plaintiff did not attach Defendant's policy because the policy has not been provided. Plaintiff will submit the policy to support this Complaint once obtained.

61.     It is anticipated that Progressive Specialty Insurance Company has or will claim a right of subrogation against the Defendants who caused Plaintiffs' injuries and damages, and/or reimbursement against the Plaintiffs to the extent of the benefits made by or due from Progressive Specialty Insurance Company to Plaintiffs or on Plaintiffs' behalf.

62.     Pursuant to Ohio Revised Code 2721.01 *et seq*., this Court may declare the rights, status and other legal relations of the parties and determine any question of construction or validity of the Progressive Specialty Insurance Company Policy, including subrogation, property damage and UM/UIM coverage, if applicable, once the Defendant tortfeasors prove limits of insurance coverage.

63.     Progressive Specialty Insurance Company has required Plaintiff, Emily B. Shearer, to file suit to enforce those rights under the policy.

64.     It is unclear as to what rights and obligations exist between Plaintiff, Emily B. Shearer and Progressive Specialty Insurance Company as to numerous issues as set forth in this Complaint. However, it is Progressive Specialty Insurance Company's burden of proof to establish all rights claimed.

65.     Plaintiff, Emily B. Shearer seeks a declaration of rights, duties, and liabilities of the parties under the Progressive Specialty Insurance Company Policy.

66.     As a result of the foregoing, a justiciable controversy exists between Plaintiff, Emily B. Shearer and Defendant Progressive Specialty Insurance Company regarding their respective rights, if any, each party has under the Progressive Specialty Insurance Company Policy.

## <u>TENTH CAUSE OF ACTION</u>
*Breach of Contract Against Progressive Specialty Insurance Company*

67.     All allegations above are incorporated into this cause of action by reference.

68.     Defendant Progressive Specialty Insurance Company sold insurance in the form of an insurance policy or policies, of which Plaintiff, Emily B. Shearer was insured.

69.     Consideration for the sale of the Defendant Progressive Specialty Insurance Company policy or policies came in the form of premiums that were paid to Defendant Progressive Specialty Insurance Company over the life of the policy.

70.     All obligations under the policy or policies issued by Defendant Progressive Specialty Insurance Company were performed by Plaintiff, Emily B. Shearer, the named insured(s).

71.     Defendant Progressive Specialty Insurance Company failed to properly perform pursuant to the terms and obligations under the policy or policies, which included, but was not limited to, failure and/or refusal to timely pay a valid claim presented by Plaintiff, Emily B. Shearer, and adherence to policy language for UIM, subrogation rights and duties, and other benefits in accordance with the policy or policies and Ohio law.

72.     Plaintiff, Emily B. Shearer is entitled to applicable UM/UIM coverage, if the at-fault parties have no insurance or the at-fault parties' insurance limits are less than Plaintiff's UM/UIM coverage or coverage to the at fault parties is denied, Defendant Progressive Specialty Insurance Company is not entitled to reimbursement or subrogation, and the Plaintiff, Emily B. Shearer, is entitled to an assignment of all corresponding rights under the contract.

## ELEVENTH CAUSE OF ACTION
*Declaratory Judgment Action Against State Farm Mutual Automobile Insurance Company*

73.     All allegations above are incorporated into this cause of action by reference.

74.     Plaintiff, Lora E. Shearer was insured under a policy or policies of commercial and/or automobile and/or other insurance issued by Defendant State Farm Mutual Automobile

Insurance Company to Peter V. Shearer, which upon information and belief, was Policy No. C666410-F05-35, and included UIM coverage, and/or other associated coverage.[2]

75.    It is anticipated that State Farm Mutual Automobile Insurance Company has or will claim a right of subrogation against the Defendants who caused Plaintiff's injuries and damages, and/or reimbursement against the Plaintiff, Lora E. Shearer, to the extent of the benefits made by or due from State Farm Mutual Automobile Insurance Company to Plaintiff, Lora E. Shearer, or on Plaintiffs' behalf.

76.    Pursuant to Ohio Revised Code 2721.01 *et seq*., this Court may declare the rights, status and other legal relations of the parties and determine any question of construction or validity of the State Farm Mutual Automobile Insurance Company Policy, including subrogation, property damage and UM/UIM coverage, if applicable, once the Defendant tortfeasors prove limits of insurance coverage.

77.    State Farm Mutual Automobile Insurance Company has required Plaintiff, Lora E. Shearer, to file suit to enforce those rights under the policy.

78.    It is unclear as to what rights and obligations exist between Plaintiff, Lora E. Shearer and State Farm Mutual Automobile Insurance Company as to numerous issues as set forth in this Complaint. However, it is State Farm Mutual Automobile Insurance Company's burden of proof to establish all rights claimed.

79.    Plaintiff, Lora E. Shearer seeks a declaration of rights, duties, and liabilities of the parties under the State Farm Mutual Automobile Insurance Company Policy.

80.    As a result of the foregoing, a justiciable controversy exists between Plaintiff, Lora E. Shearer and Defendant State Farm Mutual Automobile Insurance Company regarding

---

[2] Pursuant to Civ.R. 10(1), Plaintiff did not attach Defendant's policy because the policy has not been provided. Plaintiff will submit the policy to support this Complaint once obtained.

their respective rights, if any, each party has under the State Farm Mutual Automobile Insurance Company Policy.

## TWELFTH CAUSE OF ACTION

*Breach of Contract Against State Farm Mutual Automobile Insurance Company*

81.     All allegations above are incorporated into this cause of action by reference.

82.     Defendant State Farm Mutual Automobile Insurance Company sold insurance in the form of an insurance policy or policies, of which Plaintiff, Lora E. Shearer was insured.

83.     Consideration for the sale of the Defendant State Farm Mutual Automobile Insurance Company policy or policies came in the form of premiums that were paid to Defendant State Farm Mutual Automobile Insurance Company over the life of the policy.

84.     All obligations under the policy or policies issued by Defendant State Farm Mutual Automobile Insurance Company were performed by Plaintiff, Lora E. Shearer, the named insured(s).

85.     Defendant State Farm Mutual Automobile Insurance Company failed to properly perform pursuant to the terms and obligations under the policy or policies, which included, but was not limited to, failure and/or refusal to timely pay a valid claim presented by Plaintiff, Lora E. Shearer, and adherence to policy language for processing medical payments, UIM, subrogation rights and duties, and other benefits in accordance with the policy or policies and Ohio law.

86.     Plaintiff, Lora E. Shearer is entitled to applicable UM/UIM coverage, if the at-fault parties have no insurance or the at-fault parties' insurance limits are less than Plaintiff's UM/UIM coverage or coverage to the at fault parties is denied, medical payment coverage for all medical bills charged for treatment subsequent to the incident, Defendant State Farm Mutual Automobile Insurance Company is not entitled to reimbursement or subrogation, and the

Plaintiff, Lora E. Shearer, is entitled to an assignment of all corresponding rights under the contract.

### THIRTEENTH CAUSE OF ACTION
*Declaratory Judgment Anthem Blue Cross Blue Shield*

87.     All allegations above are incorporated into this cause of action by reference.

88.     Plaintiffs are Health Insurance recipients and were insureds with Anthem Blue Cross Blue Shield ("Anthem"). A copy of Plaintiffs' Anthem policy is not attached hereto because Plaintiffs do not have a copy of said policy and further, Defendant Anthem has a copy of said policy.

89.     Defendant Anthem has paid and may continue to pay certain medical bills on behalf of Plaintiffs and may claim the right of reimbursement from the Plaintiffs or a subrogation claim against Defendants, which claims should be set forth herein or be forever barred.

**WHEREFORE**, Plaintiffs, Lora E. Shearer and Emily B. Shearer respectfully request judgment as follows:

(I)     Under the First Cause of Action, Plaintiff Lora E. Shearer demands judgment against Defendant Jagjit for personal injury in excess of $25,000.00 compensatory damages, along with interest, attorney fees and the costs of this action;

(II)     Under the Second Cause of Action, Plaintiff Emily B. Shearer demands judgment against Defendant Jagjit for personal injury in excess of $25,000.00 compensatory damages, along with interest, attorney fees and the costs of this action;

(III)     Under the Third Cause of Action, Plaintiffs demand judgment against Defendant Freon Trucking for vicarious liability in an amount in excess of $25,000.00, compensatory damages, along with interest, attorney fees, interest and costs;

(IV)    Under the Fourth Cause of Action, Plaintiffs demand judgment against Defendant Freon Trucking for strict liability in an amount in excess of $25,000.00, compensatory damages, along with interest, attorney fees, interest and costs;

(V)    Under the Fifth Cause of Action, Plaintiffs demand judgment against Defendant Freon Trucking for negligence in an amount in excess of $25,000.00, compensatory damages, to be determined at trial, plus attorney fees, interest and costs;

(VI)    Under the Sixth Cause of Action, Plaintiffs demand judgment against Defendant Freon Trucking for statutory violations in an amount in excess of $25,000.00, compensatory damages, to be determined at trial, plus attorney fees, interest and costs;

(VII)    Under the Seventh Cause of Action, Plaintiffs demand judgment against Defendants Jagjit and Freon Trucking in an amount in excess of $25,000.00, punitive damages, to be determined at trial, plus attorney fees, interest and costs;

(VIII)    Under the Eighth Cause of Action, Plaintiffs demand judgment against Defendant Quad Trans Inc. for negligent entrustment in an amount in excess of $25,000.00, compensatory damages, to be determined at trial, plus attorney fees, interest and costs;

(IX)    Under the Ninth Cause of Action, Plaintiffs request that this Court declare the rights, status and other legal relations of Plaintiffs and Progressive Specialty Insurance Company;

(X)    Under the Tenth Cause of Action, Plaintiffs request judgment against Progressive Specialty Insurance Company for compensatory damages in excess of $25,000.00;

(XI)    Under the Eleventh Cause of Action, Plaintiffs request that this Court declare the rights, status and other legal relations of Plaintiffs and State Farm Mutual Automobile Insurance Company;

(XII)   Under the Twelfth Cause of Action, Plaintiffs request judgment against State Farm Mutual Automobile Insurance Company for compensatory damages in excess of $25,000.00;

(XIII)  Under the Thirteenth Cause of Action, Plaintiffs request that this Court declare the rights, status and other legal relations of Plaintiffs and Anthem Blue Cross Blue Shield;

(XIV)  Interest, attorney fees and the costs of this action; and

(XV) Any other relief in law or equity the Court deems appropriate.

Respectfully submitted,

*/s/ Scott E. Smith*
Scott E. Smith (0003749)
**Scott Elliot Smith, L.P.A.**
5003 Horizons Drive, Suite 101
Columbus, OH  43220
Telephone:     (614) 846-1700
Facsimile:      (614) 486-4987
Email:           ses@sestriallaw.com
*Attorney for Plaintiffs*

## DEMAND FOR JURY TRIAL

The undersigned Attorney for Plaintiffs hereby demand a trial by jury on any and all triable issues, such demand being made pursuant to Rule 38 of the Ohio Civil Rules of Procedure.

.

*/s/ Scott E. Smith*
Scott E. Smith (0003749)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following via this Court's electronic filing system this 16th day of August, 2022:


*/s/ Scott E. Smith*
Scott E. Smith



**Smith Law Office**
*Trial Law*

---

*Scott Elliot Smith, Esq.*
*Board Certified Civil Trial Advocate*
*By the National Board of Trial Advocacy*
*Also Licensed in Colorado*

Scott Elliot Smith L.P.A.
5003 Horizons Drive, Suite 101
Columbus, Ohio 43220
Tel: 614.846.1700/ Fax: 614.486.4987
*www.sestriallaw.com*

*Michael L. Dillard, Jr., Esq.*

---

August 26, 2020

**VIA CERTIFIED & FIRST-CLASS MAIL**
Singh Jagjit
5802 Blue Spruce Avenue
Bakersfield, CA  93301

      RE:   *Notice of Representation and Request to Preserve*

Dear Mr. Jagjit:

Please be advised that the law firm of Scott Elliot Smith L.P.A. has been retained by **Emily B. Shearer** for her claims arising out of a **trucking collision on August 23, 2020 in Delaware County, Ohio**. This letter is a formal request that you preserve and not alter any and all equipment that was involved in the collision, along with photographs, video recordings, recorded audio or computer media, measurements, real evidence, documents, materials, and all other evidence and things relating to the crash which are presently in your possession or the possession of your employee or agent. This includes, but is certainly not limited to, all documents, whether paper, electronic or otherwise stored, relative to the driver and truck company in general. *We wish to inspect the vehicle as soon as possible*.

In addition to the above, we specifically request that you preserve:

1. The driver's cell phone and cell phone records including logs of text messages from the day of the collision;

2. All photographs, videotapes, or other audio or computer-generated media relating to the occurrence, the scene, or relating to any equipment or things originally located at or near the site of the collision;

3. The driver's qualification file, pursuant to 49 CFR 391.51;

4. The driver's entire investigation history file, pursuant to 49 CFR 391.53;

5. The entire personnel file of the driver;

**EXHIBIT 1**

Page **2** of **3**

6.    The driver's daily log or on-board recording device for six (6) months before the collision and a week after, along with all supporting data, such as bills of lading, carrier pros, freight bills, dispatch records, electronic mobile communication/tracking records, gate record receipts, weight/scale tickets, fuel receipts, fuel billing statements, toll receipts, toll billing statements, port of entry receipts, cash advance receipts, delivery receipts, lumper receipts, interchange and inspection reports, lessor settlement sheets, over/short and damage reports, agricultural inspection reports, driver and vehicle examination reports, crash reports, telephone billing statements, credit card receipts, border crossing reports, custom declarations, traffic citations, and overweight/oversize permits and traffic citations, as required by 49 CFR 395.8 and 395.15;

7.    The printout from any commercial software program (e.g., J.J. Keller's LogChecker©) or other program used to record and audit the driver's log book entries for the one year preceding this collision;

8.    The entire drug and alcohol file of the driver including but not limited to pre-employment, post-accident, random, reasonable suspicion, and return to duty drug and alcohol testing results maintained pursuant to 49 CFR 382.401;

9.    The driver's entire medical file;

10.   All existing driver vehicle inspection reports, pursuant to 49 CFR 396.11;

11.   Any and all data from the electronic control monitor or "black box" in the engine or cab of the truck;

12.   Any and all GPS or other geographic tracking data concerning the truck's location for the six (6) months before the crash up to and including the date of crash;

13.   Any and all communications via CB radio, mobile or satellite communication system, e-mail, cellular telephone, text message, pager, or other in-cab communication device;

14.   All freight and loading information for the load being hauled at the time of crash;

15.   The Permanent Unit File or its equivalent pursuant to 49 CFR 396.3 including, but not limited to, records relating to the inspections, repairs, maintenance, and costs for the tractor and trailers involved in the collision;

16.   All still shots or video from any Drive Cam or other camera in or on the truck;

17.   All statements, notes, recordings and other materials obtained from any person having information respecting this incident or surrounding circumstances;

18.   All computer, electronic or e-mail messages created in the first forty-eight (48) hours immediately after the incident, by or between your company and any agents or third parties, relating to the facts, circumstances, or investigation of the incident; and

Page **3** of **3**

19.   Any other information that may be relevant to the crash.

**<u>Please retain all of this evidence</u>**.  A number of Court decisions have permitted Court sanctions or "destruction of evidence" lawsuits where a party permanently alters important evidence after receiving written notice of a claim which also requests preservation of evidence.  Unless I have your written explanation to the contrary, in writing, within five (5) business days from the date of this letter, I will presume you will strictly abide by all requests outlined above.

Very truly yours,

*Scott E. Smith*

Scott Elliot Smith, Esq.

SES/jsw
Enclosure



**Smith Law Office**
*Trial Law*

---

*Scott Elliot Smith, Esq.*
*Board Certified Civil Trial Advocate*
*By the National Board of Trial Advocacy*
*Also Licensed in Colorado*

Scott Elliot Smith L.P.A.
5003 Horizons Drive, Suite 101
Columbus, Ohio 43220
Tel: 614.846.1700/ Fax: 614.486.4987
*www.sestriallaw.com*

*Michael L. Dillard, Jr., Esq.*

---

August 26, 2020

**VIA CERTIFIED & FIRST-CLASS MAIL**
Quad Trans Inc.
600 Hosking Avenue, Apt. 14
Bakersfield, CA   93307

**RE:**    *Notice of Representation and Request to Preserve*

To Whom It May Concern:

Please be advised that the law firm of Scott Elliot Smith L.P.A. has been retained by **Emily B. Shearer** for her claims arising out of a **trucking collision on August 23, 2020 in Delaware County, Ohio**. This letter is a formal request that you preserve and not alter any and all equipment that was involved in the collision, along with photographs, video recordings, recorded audio or computer media, measurements, real evidence, documents, materials, and all other evidence and things relating to the crash which are presently in your possession or the possession of your employee or agent. This includes, but is certainly not limited to, all documents, whether paper, electronic or otherwise stored, relative to the driver and truck company in general. *We wish to inspect the vehicle as soon as possible*.

In addition to the above, we specifically request that you preserve:

1.    The driver's cell phone and cell phone records including logs of text messages from the day of the collision;

2.    All photographs, videotapes, or other audio or computer-generated media relating to the occurrence, the scene, or relating to any equipment or things originally located at or near the site of the collision;

3.    The driver's qualification file, pursuant to 49 CFR 391.51;

4.    The driver's entire investigation history file, pursuant to 49 CFR 391.53;

5.    The entire personnel file of the driver;

**EXHIBIT 2**

6. The driver's daily log or on-board recording device for six (6) months before the collision and a week after, along with all supporting data, such as bills of lading, carrier pros, freight bills, dispatch records, electronic mobile communication/tracking records, gate record receipts, weight/scale tickets, fuel receipts, fuel billing statements, toll receipts, toll billing statements, port of entry receipts, cash advance receipts, delivery receipts, lumper receipts, interchange and inspection reports, lessor settlement sheets, over/short and damage reports, agricultural inspection reports, driver and vehicle examination reports, crash reports, telephone billing statements, credit card receipts, border crossing reports, custom declarations, traffic citations, and overweight/oversize permits and traffic citations, as required by 49 CFR 395.8 and 395.15;

7. The printout from any commercial software program (e.g., J.J. Keller's LogChecker©) or other program used to record and audit the driver's log book entries for the one year preceding this collision;

8. The entire drug and alcohol file of the driver including but not limited to pre-employment, post-accident, random, reasonable suspicion, and return to duty drug and alcohol testing results maintained pursuant to 49 CFR 382.401;

9. The driver's entire medical file;

10. All existing driver vehicle inspection reports, pursuant to 49 CFR 396.11;

11. Any and all data from the electronic control monitor or "black box" in the engine or cab of the truck;

12. Any and all GPS or other geographic tracking data concerning the truck's location for the six (6) months before the crash up to and including the date of crash;

13. Any and all communications via CB radio, mobile or satellite communication system, e-mail, cellular telephone, text message, pager, or other in-cab communication device;

14. All freight and loading information for the load being hauled at the time of crash;

15. The Permanent Unit File or its equivalent pursuant to 49 CFR 396.3 including, but not limited to, records relating to the inspections, repairs, maintenance, and costs for the tractor and trailers involved in the collision;

16. All still shots or video from any Drive Cam or other camera in or on the truck;

17. All statements, notes, recordings and other materials obtained from any person having information respecting this incident or surrounding circumstances;

18. All computer, electronic or e-mail messages created in the first forty-eight (48) hours immediately after the incident, by or between your company and any agents or third parties, relating to the facts, circumstances, or investigation of the incident; and

Page **3** of **3**

19.  Any other information that may be relevant to the crash.

     **<u>Please retain all of this evidence</u>**.  A number of Court decisions have permitted Court sanctions or "destruction of evidence" lawsuits where a party permanently alters important evidence after receiving written notice of a claim which also requests preservation of evidence.  Unless I have your written explanation to the contrary, in writing, within five (5) business days from the date of this letter, I will presume you will strictly abide by all requests outlined above.

             Very truly yours,

             *Scott E. Smith*

             Scott Elliot Smith, Esq.

SES/jsw
Enclosure

# TRAFFIC CRASH REPORT

**Ohio** Department of Public Safety

*LOCAL REPORT NUMBER* **200634291**

☐ PHOTOS TAKEN ☐ OH-2 ☐ OH-3
☐ SECONDARY CRASH ☐ OH-1P ☐ OTHER
☐ PRIVATE PROPERTY

LOCAL INFORMATION: **10**

**REPORTING AGENCY NAME \*** COLUMBUS POLICE DEPARTMENT
**NCIC \*** COP00
**HIT/SKIP** 1 - SOLVED, 2 - UNSOLVED
**NUMBER OF UNITS** 2
**UNIT IN ERROR** 98 - ANIMAL, 99 - UNKNOWN

| COUNTY* | LOCALITY* | LOCATION: CITY. VILLAGE. TOWNSHIP* | CRASH DATE / TIME* | CRASH SEVERITY |
|---|---|---|---|---|
| 21 | 2 (1-CITY, 2-VILLAGE, 3-TOWNSHIP) Columbus | | 08/23/2020 18:16 | 3 |

CRASH SEVERITY:
1 - FATAL
2 - SERIOUS INJURY SUSPECTED
3 - MINOR INJURY SUSPECTED
4 - INJURY POSSIBLE
5 - PROPERTY DAMAGE ONLY

**LOCATION**
ROUTE TYPE: IR | ROUTE NUMBER: 71S | PREFIX: 3 (1-NORTH, 2-SOUTH, 3-EAST, 4-WEST) | LOCATION ROAD NAME | ROAD TYPE | LATITUDE DECIMAL DEGREES: 40.148170

**REFERENCE**
ROUTE TYPE | ROUTE NUMBER | PREFIX (1-NORTH, 2-SOUTH, 3-EAST, 4-WEST) | REFERENCE ROAD NAME (ROAD, MILEPOST, HOUSE #): Ikea | ROAD TYPE: WA | LONGITUDE DECIMAL DEGREES: -82.970730

**REFERENCE POINT**
1 - INTERSECTION
2 - MILE POST: **1**
3 - HOUSE #

**DIRECTION FROM REFERENCE**
1 - NORTH
2 - SOUTH: **1**
3 - EAST
4 - WEST

**ROUTE TYPE**
IR - INTERSTATE ROUTE (TP)
US - FEDERAL US ROUTE
SR - STATE ROUTE
CR - NUMBERED COUNTY ROUTE
TR - NUMBERED TOWNSHIP ROUTE

**ROAD TYPE**
AL - ALLEY | HW - HIGHWAY | RD - ROAD
AV - AVENUE | LA - LANE | SQ - SQUARE
BL - BOULEVARD | MP - MILEPOST | ST - STREET
CR - CIRCLE | OV - OVAL | TE - TERRACE
CT - COURT | PK - PARKWAY | TL - TRAIL
DR - DRIVE | PI - PIKE | WA - WAY
HE - HEIGHTS | PL - PLACE

**DISTANCE FROM REFERENCE**: 200.00
**DISTANCE UNIT OF MEASURE**: 2 (1-MILES, 2-FEET, 3-YARDS)

**INTERSECTION RELATED**
☐ WITHIN INTERSECTION OR ON APPROACH
☐ WITHIN INTERCHANGE AREA
**NUMBER OF APPROACHES**

**ROADWAY**
☒ ROADWAY DIVIDED

**LOCATION OF FIRST HARMFUL EVENT**: 1
1 - ON ROADWAY
2 - ON SHOULDER
3 - IN MEDIAN
4 - ON ROADSIDE
5 - ON GORE
6 - OUTSIDE TRAFFIC WAY
7 - ON RAMP
8 - OFF RAMP
9 - CROSSOVER
10 - DRIVEWAY/ALLEY ACCESS
11 - RAILWAY GRADE CROSSING
12 - SHARED USE PATHS OR TRAILS
13 - BIKE LANE
14 - TOLL BOOTH
99 - OTHER / UNKNOWN

**MANNER OF CRASH COLLISION/IMPACT**: 6
1 - NOT COLLISION BETWEEN TWO MOTOR VEHICLES IN TRANSPORT
2 - REAR-END
3 - HEAD-ON
4 - REAR-TO-REAR
5 - BACKING
6 - ANGLE
7 - SIDESWIPE, SAME DIRECTION
8 - SIDESWIPE, OPPOSITE DIRECTION
9 - OTHER / UNKNOWN

**DIRECTION OF TRAVEL**: 2
1 - NORTH
2 - SOUTH
3 - EAST
4 - WEST

**MEDIAN TYPE**: 4
1 - DIVIDED FLUSH MEDIAN ( <4 FEET )
2 - DIVIDED FLUSH MEDIAN ( ≥4 FEET )
3 - DIVIDED, DEPRESSED MEDIAN
4 - DIVIDED, RAISED MEDIAN (ANY TYPE)
9 - OTHER / UNKNOWN

☐ WORK ZONE RELATED
☐ WORKERS PRESENT
☐ LAW ENFORCEMENT PRESENT
☐ ACTIVE SCHOOL ZONE

**WORK ZONE TYPE**
1 - LANE CLOSURE
2 - LANE SHIFT/ CROSSOVER
3 - WORK ON SHOULDER OR MEDIAN
4 - INTERMITTENT OR MOVING WORK
5 - OTHER

**LOCATION OF CRASH IN WORK ZONE**
1 - BEFORE THE 1ST WORK ZONE WARNING SIGN
2 - ADVANCE WARNING AREA
3 - TRANSITION AREA
4 - ACTIVITY AREA
5 - TERMINATION AREA

**CONTOUR**: 1
1 - STRAIGHT LEVEL
2 - STRAIGHT GRADE
3 - CURVE LEVEL
4 - CURVE GRADE
9 - OTHER /UNKNOWN

**CONDITIONS**: 1
1 - DRY
2 - WET
3 - SNOW
4 - ICE
5 - SAND, MUD, DIRT, OIL, GRAVEL
6 - WATER (STANDING, MOVING)
7 - SLUSH
9 - OTHER / UNKNOWN

**SURFACE**: 2
1 - CONCRETE
2 - BLACKTOP, BITUMINOUS, ASPHALT
3 - BRICK/BLOCK
4 - SLAG , GRAVEL, STONE
5 - DIRT
9 - OTHER / UNKNOWN

**LIGHT CONDITION**: 1
1 - DAYLIGHT
2 - DAWN/DUSK
3 - DARK - LIGHTED ROADWAY
4 - DARK - ROADWAY NOT LIGHTED
5 - DARK - UNKNOWN ROADWAY LIGHTING
9 - OTHER / UNKNOWN

**WEATHER**: 2
1 - CLEAR
2 - CLOUDY
3 - FOG, SMOG, SMOKE
4 - RAIN
5 - SLEET, HAIL
6 - SNOW
7 - SEVERE CROSSWINDS
8 - BLOWING SAND, SOIL, DIRT, SNOW
9 - FREEZING RAIN OR FREEZING DRIZZLE
99 - OTHER / UNKNOWN

**NARRATIVE**

Driver of Unit 1 stated that he was driving southbound on 71SB at Ikea Way and went to move over into the right lane. The driver of Unit 1 stated that he did not see Unit 2 and struck the vehicle. Driver of Unit 2 stated that she was travelling southbound on 71SB in the far right lane when Unit 1 moved into her lane and struck the driver's side of the vehicle. Unit 2 spun across three lanes of traffic where it came to a stop on the median. Witness 1 corroborated ths story. Both the driver and passenger of Unit 2 were trapped and had be removed by CFD. The driver of Unit 2 had neck pain and was transported to St. Ann's hospital by CFD Medic 33. Unit 2 had to be towed from the scene. The driver of Unit 1 was charged with driving within lanes.



| CRASH REPORTED DATE / TIME | DISPATCH DATE / TIME | ARRIVAL DATE / TIME | SCENE CLEARED DATE / TIME | REPORT TAKEN BY |
|---|---|---|---|---|
| 08/23/2020 18:16 | 08/23/2020 18:17 | 08/23/2020 18:23 | 08/23/2020 19:00 | ☒ POLICE AGENCY ☐ MOTORIST |

| TOTAL TIME ROADWAY CLOSED | OTHER INVESTIGATION TIME | TOTAL MINUTES | OFFICER'S NAME* | CHECKED BY OFFICER'S NAME* | |
|---|---|---|---|---|---|
| | | 43 | Vober, Ashley | BOVA, CHRIS | ☐ SUPPLEMENT (CORRECTION OR ADDITION TO AN EXISTING REPORT SENT TO ODPS) |
| | | | OFFICER'S BADGE NUMBER* 3153 | CHECKED BY OFFICER'S BADGE NUMBER* 5288 | |

PAGE 1 OF 5

**Ohio** Department of Public Safety

# UNIT

LOCAL REPORT NUMBER
200634291

| UNIT # | OWNER NAME: LAST, FIRST, MIDDLE (☐ SAME AS DRIVER) | OWNER PHONE:(INCLUDE AREA CODE) (☐ SAME AS DRIVER) |
|---|---|---|
| 1 | QUAD TRANS INC, | |

OWNER ADDRESS: STREET, CITY, STATE, ZIP ( ☐ SAME AS DRIVER)
600 HOSKING AVE APT 14A, BAKERSFIELD, CA, 93301

COMMERCIAL CARRIER: NAME, ADDRESS, CITY, STATE, ZIP | COMMERCIAL CARRIER PHONE: INCLUDE AREA CODE
JASPREET KAUR, 4488 N CORNECIA AVE APT 216, BAKERSFIE

| LP STATE | LICENSE PLATE # | VEHICLE IDENTIFICATION # | VEHICLE YEAR | VEHICLE MAKE |
|---|---|---|---|---|
| CA | XP66635 | 1FUJHHDR8KLKN0245 | 2019 | FREIGHTLINER |

| ☒ INSURANCE VERIFIED | INSURANCE COMPANY | INSURANCE POLICY # | COLOR | VEHICLE MODEL |
|---|---|---|---|---|
| | ACORD | AFXCA00036601 | WHI | CASCADIA |

**TYPE of USE**
☒ COMMERCIAL ☐ GOVERNMENT ☐ IN EMERGENCY RESPONSE

US DOT # 3144780
TOWED BY: COMPANY NAME

☐ INTERLOCK DEVICE EQUIPPED ☐ HIT/SKIP UNIT

# OCCUPANTS 1

VEHICLE WEIGHT GVWR/GCWR
2 — 1 - ≤10K LBS. 2 - 10.001 - 26K LBS. 3 - > 26K LBS.

HAZARDOUS MATERIAL
☐ MATERIAL RELEASED ☐ PLACARD | CLASS # | PLACARD ID #

**VEHICLE**

UNIT TYPE — 15

1 - PASSENGER CAR
2 - PASSENGER VAN (MINIVAN)
3 - SPORT UTILITY VEHICLE
4 - PICK UP
5 - CARGO VAN

6 - VAN (9-15 SEATS)
7 - MOTORCYCLE 2-WHEELED
8 - MOTORCYCLE 3-WHEELED
9 - AUTOCYCLE
10 - MOPED OR MOTORIZED BICYCLE
11 - ALL TERRAIN VEHICLE (ATV/UTV)

12 - GOLF CART
13 - SNOWMOBILE
14 - SINGLE UNIT TRUCK
15 - SEMI-TRACTOR
16 - FARM EQUIPMENT
17 - MOTORHOME

18 - LIMO (LIVERY VEHICLE)
19 - BUS (16+ PASSENGERS)
20 - OTHER VEHICLE
21 - HEAVY EQUIPMENT
22 - ANIMAL WITH RIDER OR ANIMAL-DRAWN VEHICLE

23 - PEDESTRIAN/SKATER
24 - WHEELCHAIR (ANY TYPE)
25 - OTHER NON-MOTORIST
26 - BICYCLE
27 - TRAIN
99 - UNKNOWN OR HIT/SKIP

# OF TRAILING UNITS — 1

WAS VEHICLE OPERATING IN AUTONOMOUS MODE WHEN CRASH OCCURRED? — 2 | 0

0 - NO AUTOMATION
1 - DRIVER ASSISTANCE
2 - PARTIAL AUTOMATION

3 - CONDITIONAL AUTOMATION
4 - HIGH AUTOMATION
5 - FULL AUTOMATION

9 - OTHER/UNKNOWN

1 - YES 2 - NO 9 - OTHER / UNKNOWN  AUTONOMOUS MODE LEVEL

SPECIAL FUNCTION — 1

1 - NONE
2 - TAXI
3 - ELECTRONIC RIDE SHARING
4 - SCHOOL TRANSPORT
5 - BUS - TRANSIT/COMMUTER

6 - BUS - CHARTER/TOUR
7 - BUS - INTERCITY
8 - BUS - SHUTTLE
9 - BUS - OTHER
10 - AMBULANCE

11 - FIRE
12 - MILITARY
13 - POLICE
14 - PUBLIC UTILITY
15 - CONSTRUCTION EQUIP.

16 - FARM
17 - MOWING
18 - SNOW REMOVAL
19 - TOWING
20 - SAFETY SERVICE PATROL

21 - MAIL CARRIER
99 - OTHER / UNKNOWN

CARGO BODY TYPE — 1

1 - NO CARGO BODY TYPE / NOT APPLICABLE
2 - BUS
3 - VEHICLE TOWING ANOTHER MOTOR VEHICLE

4 - LOGGING
5 - INTERMODAL CONTAINER CHASSIS
6 - CARGO VAN /ENCLOSED BOX

7 - GRAIN/CHIPS/GRAVEL
8 - POLE
9 - CARGO  TANK
10 - FLAT BED

11 - DUMP
12 - CONCRETE MIXER
13 - AUTO TRANSPORTER
14 - GARBAGE/REFUSE

99 - OTHER / UNKNOWN

VEHICLE DEFECTS

1 - TURN SIGNALS
2 - HEAD LAMPS
3 - TAIL LAMPS

4 - BRAKES
5 - STEERING
6 - TIRE BLOWOUT

7 - WORN OR SLICK  TIRES
8 - TRAILER EQUIPMENT DEFECTIVE

9 - MOTOR TROUBLE
10 - DISABLED FROM PRIOR ACCIDENT

99 - OTHER / UNKNOWN

**EVENT(S)**

NON-MOTORIST LOCATION AT IMPACT — 3

1 - INTERSECTION - MARKED CROSSWALK
2 - INTERSECTION - UNMARKED CROSSWALK
3 - INTERSECTION - OTHER

4 - MIDBLOCK - MARKED  CROSSWALK
5 - TRAVEL LANE - OTHER LOCATION
6 - BICYCLE LANE

7 - SHOULDER/ROADSIDE
8 - SIDEWALK
9 - MEDIAN/CROSSING ISLAND

10 - DRIVEWAY ACCESS
11 - SHARED USE PATHS OR TRAILS
12 - FIRST RESPONDER AT INCIDENT SCENE

99 - OTHER / UNKNOWN

ACTION — 3 | PRE-CRASH ACTIONS — 3

1 - NON-CONTACT
2 - NON-COLLISION
3 - STRIKING
4 - STRUCK
5 - BOTH STRIKING & STRUCK
9 - OTHER / UNKNOWN

1 - STRAIGHT AHEAD
2 - BACKING
3 - CHANGING LANES
4 - OVERTAKING/PASSING
5 - MAKING RIGHT TURN
6 - MAKING LEFT TURN
7 - MAKING U-TURN
8 - ENTERING  TRAFFIC LANE

9 - LEAVING TRAFFIC LANE
10 - PARKED
11 - SLOWING OR STOPPED IN TRAFFIC
12 - DRIVERLESS
13 - NEGOTIATING A CURVE
14 - ENTERING OR CROSSING SPECIFIED LOCATION

15 - WALKING, RUNNING, JOGGING, PLAYING
16 - WORKING
17 - PUSHING VEHICLE
18 - APPROACHING OR LEAVING VEHICLE
19 - STANDING
20 - OTHER NON-MOTORIST

21 - STANDING OUTSIDE DISABLED VEHICLE
99 - OTHER / UNKNOWN

CONTRIBUTING CIRCUMSTANCES — 9

1 - NONE
2 - FAILURE  TO YIELD
3 - RAN RED LIGHT
4 - RAN  STOP SIGN
5 - UNSAFE SPEED
6 - IMPROPER  TURN
7 - LEFT OF CENTER

8 - FOLLOWING TOO CLOSE /ACDA
9 - IMPROPER LANE CHANGE
10 - IMPROPER PASSING
11 - DROVE OFF ROAD
12 - IMPROPER BACKING

13 - IMPROPER START FROM A PARKED POSITION
14 - STOPPED OR PARKED ILLEGALLY
15 - SWERVING TO  AVOID
16 - WRONG WAY
17 - VISION OBSTRUCTION

18 - OPERATING DEFECTIVE EQUIPMENT
19 - LOAD SHIFTING /FALLING/SPILLING
20 - IMPROPER CROSSING
21 - LYING IN ROADWAY
22 - NOT DISCERNIBLE

23 - OPENING DOOR INTO ROADWAY
99 - OTHER IMPROPER ACTION

SEQUENCE OF EVENTS

**EVENTS**

1 — 20
2
3

1 - OVERTURN/ROLLOVER
2 - FIRE/EXPLOSION
3 - IMMERSION
4 - JACKKNIFE
5 - CARGO / EQUIPMENT LOSS OR SHIFT
6 - EQUIPMENT FAILURE

7 - SEPARATION OF UNITS
8 - RAN OFF ROAD RIGHT
9 - RAN OFF ROAD LEFT
10 - CROSS MEDIAN
11 - CROSS CENTERLINE - OPPOSITE DIRECTION OF TRAVEL

12 - DOWNHILL RUNAWAY
13 - OTHER NON-COLLISION
14 - PEDESTRIAN
15 - PEDALCYCLE
16 - RAILWAY VEHICLE
17 - ANIMAL - FARM
18 - ANIMAL - DEER

19 - ANIMAL -OTHER
20 - MOTOR VEHICLE IN TRANSPORT
21 - PARKED MOTOR VEHICLE
22 - WORK ZONE MAINTENANCE EQUIPMENT

23 - STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY A MOTOR VEHICLE
24 - OTHER MOVABLE OBJECT

**COLLISION WITH FIXED OBJECT - STRUCK**

4
5
6

25 - IMPACT ATTENUATOR / CRASH CUSHION
26 - BRIDGE OVERHEAD STRUCTURE
27 - BRIDGE PIER OR ABUTMENT
28 - BRIDGE PARAPET
29 - BRIDGE RAIL
30 - GUARDRAIL FACE

31 - GUARDRAIL END
32 - PORTABLE BARRIER
33 - MEDIAN CABLE BARRIER
34 - MEDIAN GUARDRAIL BARRIER
35 - MEDIAN CONCRETE BARRIER
36 - MEDIAN OTHER BARRIER
37 - TRAFFIC SIGN POST

38 - OVERHEAD SIGN POST
39 - LIGHT / LUMINARIES SUPPORT
40 - UTILITY POLE
41 - OTHER POST, POLE OR SUPPORT
42 - CULVERT
43 - CURB
44 - DITCH

45 - EMBANKMENT
46 - FENCE
47 - MAILBOX
48 - TREE
49 - FIRE HYDRANT
50 - WORK ZONE MAINTENANCE EQUIPMENT
51 - WALL

52 - BUILDING
53 - TUNNEL
54 - OTHER FIXED OBJECT
99 - OTHER / UNKNOWN

1 — FIRST HARMFUL EVENT | 1 — MOST HARMFUL EVENT

---

**DAMAGE**

DAMAGE SCALE
2 —
1 - NONE
2 - MINOR DAMAGE
3 - FUNCTIONAL DAMAGE
4 - DISABLING DAMAGE
9 - UNKNOWN

DAMAGED AREA(S)
INDICATE ALL THAT APPLY



☐ - NO DAMAGE [ 0 ]   ☐ - UNDERCARRIAGE [ 14 ]
☐ - TOP [ 13 ]   ☐ - ALL AREAS [ 15 ]
☐ - UNIT NOT AT SCENE [ 16 ]

INITIAL POINT of CONTACT
1 —
0 - NO DAMAGE
1-12 - REFER TO UNIT DIAGRAM
13 - TOP
14 - UNDERCARRIAGE
15 - VEHICLE NOT AT SCENE
99 - UNKNOWN

**TRAFFIC**

TRAFFICWAY FLOW — 2
1 - ONE-WAY
2 - TWO-WAY

TRAFFIC  CONTROL — 6
1 - ROUNDABOUT   4 - STOP SIGN
2 - SIGNAL   5 - YIELD SIGN
3 - FLASHER   6 - NO CONTROL

# OF THROUGH LANES ON ROAD — 3

RAIL GRADE CROSSING — 1
1 - NOT INVLOVED
2 - INVOLVED-ACTIVE CROSSING
3 - INVOLVED-PASSIVE CROSSING

UNIT  / NON-MOTORIST DIRECTION
FROM 1 TO 2
1 - NORTH   5 - NORTHEAST
2 - SOUTH   6 - NORTHWEST
3 - EAST   7 - SOUTHEAST
4 - WEST   8 - SOUTHWEST
9 - OTHER / UNKNOWN

UNIT SPEED — 65

DETECTED  SPEED
1 - STATED / ESTIMATED SPEED
2 - CALCULATED / EDR
3 - UNDETERMINED

POSTED SPEED — 65

**Ohio** Department of Public Safety

# UNIT

LOCAL REPORT NUMBER
**200634291**

## OWNER

| UNIT # | OWNER NAME: LAST, FIRST, MIDDLE ☐ SAME AS DRIVER | OWNER PHONE: INCLUDE AREA CODE ☐ SAME AS DRIVER |
|---|---|---|
| 2 | SHEARER, EMILY, BRIANNE | |

OWNER ADDRESS: STREET, CITY, STATE, ZIP ☐ SAME AS DRIVER
6288 LEHMAN RD, DELAWARE, OH, 43015

COMMERCIAL CARRIER: NAME, ADDRESS, CITY, STATE, ZIP

COMMERCIAL CARRIER PHONE: INCLUDE AREA CODE

## VEHICLE

| LP STATE | LICENSE PLATE # | VEHICLE IDENTIFICATION # | VEHICLE YEAR | VEHICLE MAKE |
|---|---|---|---|---|
| OH | HFD5915 | 19XFA16569E018619 | 2009 | HONDA |

| INSURANCE | INSURANCE COMPANY | INSURANCE POLICY # | COLOR | VEHICLE MODEL |
|---|---|---|---|---|
| ☒ VERIFIED | PROGRESSIVE | 923398536 | RED | CIVIC |

**TYPE OF USE**
☐ COMMERCIAL ☐ GOVERNMENT ☐ IN EMERGENCY RESPONSE

☐ INTERLOCK DEVICE EQUIPPED ☐ HIT/SKIP UNIT

US DOT #

VEHICLE WEIGHT GVWR/GCWR
1 - <10K LBS.
2 - 10.001 - 26K LBS.
3 - > 26K LBS.

TOWED BY: COMPANY NAME
JOHNSONS

HAZARDOUS MATERIAL
☐ MATERIAL RELEASED
☐ PLACARD
CLASS # PLACARD ID #

# OCCUPANTS: 2

**UNIT TYPE: 1**
1 - PASSENGER CAR
2 - PASSENGER VAN (MINIVAN)
3 - SPORT UTILITY VEHICLE
4 - PICK UP
5 - CARGO VAN
6 - VAN (9-15 SEATS)
7 - MOTORCYCLE 2-WHEELED
8 - MOTORCYCLE 3-WHEELED
9 - AUTOCYCLE
10 - MOPED OR MOTORIZED BICYCLE
11 - ALL TERRAIN VEHICLE (ATV/UTV)
12 - GOLF CART
13 - SNOWMOBILE
14 - SINGLE UNIT TRUCK
15 - SEMI-TRACTOR
16 - FARM EQUIPMENT
17 - MOTORHOME
18 - LIMO (LIVERY VEHICLE)
19 - BUS (16+ PASSENGERS)
20 - OTHER VEHICLE
21 - HEAVY EQUIPMENT
22 - ANIMAL WITH RIDER OR ANIMAL-DRAWN VEHICLE
23 - PEDESTRIAN/SKATER
24 - WHEELCHAIR (ANY TYPE)
25 - OTHER NON-MOTORIST
26 - BICYCLE
27 - TRAIN
99 - UNKNOWN OR HIT/SKIP

# OF TRAILING UNITS: 0

WAS VEHICLE OPERATING IN AUTONOMOUS MODE WHEN CRASH OCCURRED? **2**
1 - YES 2 - NO 9 - OTHER / UNKNOWN

AUTONOMOUS MODE LEVEL: **0**
0 - NO AUTOMATION
1 - DRIVER ASSISTANCE
2 - PARTIAL AUTOMATION
3 - CONDITIONAL AUTOMATION
4 - HIGH AUTOMATION
5 - FULL AUTOMATION
9 - OTHER/UNKNOWN

**SPECIAL FUNCTION: 1**
1 - NONE
2 - TAXI
3 - ELECTRONIC RIDE SHARING
4 - SCHOOL TRANSPORT
5 - BUS - TRANSIT/COMMUTER
6 - BUS - CHARTER/TOUR
7 - BUS - INTERCITY
8 - BUS - SHUTTLE
9 - BUS - OTHER
10 - AMBULANCE
11 - FIRE
12 - MILITARY
13 - POLICE
14 - PUBLIC UTILITY
15 - CONSTRUCTION EQUIP.
16 - FARM
17 - MOWING
18 - SNOW REMOVAL
19 - TOWING
20 - SAFETY SERVICE PATROL
21 - MAIL CARRIER
99 - OTHER / UNKNOWN

**CARGO BODY TYPE: 1**
1 - NO CARGO BODY TYPE / NOT APPLICABLE
2 - BUS
3 - VEHICLE TOWING ANOTHER MOTOR VEHICLE
4 - LOGGING
5 - INTERMODAL CONTAINER CHASSIS
6 - CARGOVAN /ENCLOSED BOX
7 - GRAIN/CHIPS/GRAVEL
8 - POLE
9 - CARGO TANK
10 - FLAT BED
11 - DUMP
12 - CONCRETE MIXER
13 - AUTO TRANSPORTER
14 - GARBAGE/REFUSE
99 - OTHER / UNKNOWN

**VEHICLE DEFECTS:**
1 - TURN SIGNALS
2 - HEAD LAMPS
3 - TAIL LAMPS
4 - BRAKES
5 - STEERING
6 - TIRE BLOWOUT
7 - WORN OR SLICK TIRES
8 - TRAILER EQUIPMENT DEFECTIVE
9 - MOTOR TROUBLE
10 - DISABLED FROM PRIOR ACCIDENT
99 - OTHER / UNKNOWN

**NON-MOTORIST LOCATION AT IMPACT:**
1 - INTERSECTION - MARKED CROSSWALK
2 - INTERSECTION - UNMARKED CROSSWALK
3 - INTERSECTION - OTHER
4 - MIDBLOCK - MARKED CROSSWALK
5 - TRAVEL LANE - OTHER LOCATION
6 - BICYCLE LANE
7 - SHOULDER/ROADSIDE
8 - SIDEWALK
9 - MEDIAN/CROSSING ISLAND
10 - DRIVEWAY ACCESS
11 - SHARED USE PATHS OR TRAILS
12 - FIRST RESPONDER AT INCIDENT SCENE
99 - OTHER / UNKNOWN

**ACTION: 4 | PRE-CRASH ACTIONS: 1**
1 - NON-CONTACT
2 - NON-COLLISION
3 - STRIKING
4 - STRUCK
5 - BOTH STRIKING & STRUCK
9 - OTHER / UNKNOWN
1 - STRAIGHT AHEAD
2 - BACKING
3 - CHANGING LANES
4 - OVERTAKING/PASSING
5 - MAKING RIGHT TURN
6 - MAKING LEFT TURN
7 - MAKING U-TURN
8 - ENTERING TRAFFIC LANE
9 - LEAVING TRAFFIC LANE
10 - PARKED
11 - SLOWING OR STOPPED IN TRAFFIC
12 - DRIVERLESS
13 - NEGOTIATING A CURVE
14 - ENTERING OR CROSSING SPECIFIED LOCATION
15 - WALKING, RUNNING, JOGGING, PLAYING
16 - WORKING
17 - PUSHING VEHICLE
18 - APPROACHING OR LEAVING VEHICLE
19 - STANDING
20 - OTHER NON-MOTORIST
21 - STANDING OUTSIDE DISABLED VEHICLE
99 - OTHER / UNKNOWN

**CONTRIBUTING CIRCUMSTANCES: 1**
1 - NONE
2 - FAILURE TO YIELD
3 - RAN RED LIGHT
4 - RAN STOP SIGN
5 - UNSAFE SPEED
6 - IMPROPER TURN
7 - LEFT OF CENTER
8 - FOLLOWING TOO CLOSE /ACDA
9 - IMPROPER LANE CHANGE
10 - IMPROPER PASSING
11 - DROVE OFF ROAD
12 - IMPROPER BACKING
13 - IMPROPER START FROM A PARKED POSITION
14 - STOPPED OR PARKED ILLEGALLY
15 - SWERVING TO AVOID
16 - WRONG WAY
17 - VISION OBSTRUCTION
18 - OPERATING DEFECTIVE EQUIPMENT
19 - LOAD SHIFTING /FALLING/SPILLING
20 - IMPROPER CROSSING
21 - LYING IN ROADWAY
22 - NOT DISCERNIBLE
23 - OPENING DOOR INTO ROADWAY
99 - OTHER IMPROPER ACTION

## EVENTS

**SEQUENCE OF EVENTS**
1 - 20
2 -
3 -
4 -
5 -
6 -

**EVENTS**
1 - OVERTURN/ROLLOVER
2 - FIRE/EXPLOSION
3 - IMMERSION
4 - JACKKNIFE
5 - CARGO / EQUIPMENT LOSS OR SHIFT
6 - EQUIPMENT FAILURE
7 - SEPARATION OF UNITS
8 - RAN OFF ROAD RIGHT
9 - RAN OFF ROAD LEFT
10 - CROSS MEDIAN
11 - CROSS CENTERLINE - OPPOSITE DIRECTION OF TRAVEL
12 - DOWNHILL RUNAWAY
13 - OTHER NON-COLLISION
14 - PEDESTRIAN
15 - PEDALCYCLE
16 - RAILWAY VEHICLE
17 - ANIMAL – FARM
18 - ANIMAL - DEER
19 - ANIMAL -OTHER
20 - MOTOR VEHICLE IN TRANSPORT
21 - PARKED MOTOR VEHICLE
22 - WORK ZONE MAINTENANCE EQUIPMENT
23 - STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY A MOTOR VEHICLE
24 - OTHER MOVABLE OBJECT

**COLLISION WITH FIXED OBJECT - STRUCK**
25 - IMPACT ATTENUATOR / CRASH CUSHION
26 - BRIDGE OVERHEAD STRUCTURE
27 - BRIDGE PIER OR ABUTMENT
28 - BRIDGE PARAPET
29 - BRIDGE RAIL
30 - GUARDRAIL FACE
31 - GUARDRAIL END
32 - PORTABLE BARRIER
33 - MEDIAN CABLE BARRIER
34 - MEDIAN GUARDRAIL BARRIER
35 - MEDIAN CONCRETE BARRIER
36 - MEDIAN OTHER BARRIER
37 - TRAFFIC SIGN POST
38 - OVERHEAD SIGN POST
39 - LIGHT / LUMINARIES SUPPORT
40 - UTILITY POLE
41 - OTHER POST, POLE OR SUPPORT
42 - CULVERT
43 - CURB
44 - DITCH
45 - EMBANKMENT
46 - FENCE
47 - MAILBOX
48 - TREE
49 - FIRE HYDRANT
50 - WORK ZONE MAINTENANCE EQUIPMENT
51 - WALL
52 - BUILDING
53 - TUNNEL
54 - OTHER FIXED OBJECT
99 - OTHER / UNKNOWN

FIRST HARMFUL EVENT: 1    MOST HARMFUL EVENT: 1

## DAMAGE

**DAMAGE SCALE: 4**
1 - NONE
2 - MINOR DAMAGE
3 - FUNCTIONAL DAMAGE
4 - DISABLING DAMAGE
9 - UNKNOWN

**DAMAGED AREA(S)** INDICATE ALL THAT APPLY



☐ NO DAMAGE [ 0 ]    ☐ UNDERCARRIAGE [ 14 ]
☐ TOP [ 13 ]    ☒ ALL AREAS [ 15 ]
☐ UNIT NOT AT SCENE [ 16 ]

**INITIAL POINT OF CONTACT: 7**
0 - NO DAMAGE
1-12 - REFER TO UNIT DIAGRAM
13 - TOP
14 - UNDERCARRIAGE
15 - VEHICLE NOT AT SCENE

## TRAFFIC

**TRAFFICWAY FLOW: 2**
1 - ONE-WAY
2 - TWO-WAY

**TRAFFIC CONTROL: 6**
1 - ROUNDABOUT
2 - SIGNAL
3 - FLASHER
4 - STOP SIGN
5 - YIELD SIGN
6 - NO CONTROL

# OF THROUGH LANES ON ROAD: 3

**RAIL GRADE CROSSING: 1**
1 - NOT INVLOVED
2 - INVOLVED-ACTIVE CROSSING
3 - INVOLVED-PASSIVE CROSSING

**UNIT / NON-MOTORIST DIRECTION**
FROM 1 TO 2
1 - NORTH
2 - SOUTH
3 - EAST
4 - WEST
5 - NORTHEAST
6 - NORTHWEST
7 - SOUTHEAST
8 - SOUTHWEST
9 - OTHER / UNKNOWN

**UNIT SPEED: 65**
**POSTED SPEED: 65**

**DETECTED SPEED: 1**
1 - STATED / ESTIMATED SPEED
2 - CALCULATED / EDR
3 - UNDETERMINED

PAGE 3 OF 5

# MOTORIST / NON-MOTORIST

LOCAL REPORT NUMBER: 200634291

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| 1 | JAGJIT, SINGH | | 02/10/1981 | 39 | M |

**ADDRESS: STREET, CITY, STATE, ZIP**
5802 BLUE SPRUCE AVE, BAKERSFIELD, CA, 93301

**CONTACT PHONE - INCLUDE AREA CODE**

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 1 | | | 4 | | 1 | 1 | 1 | 1 |

| OL STATE | OPERATOR LICENSE NUMBER | OFFENSE CHARGED | LOCAL CODE | OFFENSE DESCRIPTION | CITATION NUMBER |
|---|---|---|---|---|---|
| CA | | 2131.08A | ☒ | DRIVING WITHIN LANES OR CONTINU | 1937422 |

| OL CLASS | ENDORSEMENT | RESTRICTION SELECT UP TO 3 | DRIVER DISTRACTED BY | ALCOHOL / DRUG SUSPECTED | CONDITION | ALCOHOL TEST STATUS | TYPE | VALUE | DRUG TEST(S) STATUS | TYPE | RESULTS SELECT UP TO 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 1 | ☐ ALCOHOL ☐ MARIJUANA ☐ OTHER DRUG | 1 | 1 | 1 | . | 1 | 1 | |

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| 2 | SHEARER, EMILY, BRIANNE | | 06/09/1997 | 23 | F |

**ADDRESS: STREET, CITY, STATE, ZIP**
6288 LEHMAN RD, DELAWARE, OH, 43015

**CONTACT PHONE - INCLUDE AREA CODE**

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | COLUMBUS FIRE | ST ANNES | 4 | | 1 | 2 | 1 | 2 |

| OL STATE | OPERATOR LICENSE NUMBER | OFFENSE CHARGED | LOCAL CODE | OFFENSE DESCRIPTION | CITATION NUMBER |
|---|---|---|---|---|---|
| OH | | | | | |

| OL CLASS | ENDORSEMENT | RESTRICTION SELECT UP TO 3 | DRIVER DISTRACTED BY | ALCOHOL / DRUG SUSPECTED | CONDITION | ALCOHOL TEST STATUS | TYPE | VALUE | DRUG TEST(S) STATUS | TYPE | RESULTS SELECT UP TO 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | 3 | 1 | ☐ ALCOHOL ☐ MARIJUANA ☐ OTHER DRUG | 1 | 1 | 1 | . | 1 | 1 | |

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| | | | | | |

**ADDRESS: STREET, CITY, STATE, ZIP**

**CONTACT PHONE - INCLUDE AREA CODE**

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| OL STATE | OPERATOR LICENSE NUMBER | OFFENSE CHARGED | LOCAL CODE | OFFENSE DESCRIPTION | CITATION NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| OL CLASS | ENDORSEMENT | RESTRICTION SELECT UP TO 3 | DRIVER DISTRACTED BY | ALCOHOL / DRUG SUSPECTED | CONDITION | ALCOHOL TEST STATUS | TYPE | VALUE | DRUG TEST(S) STATUS | TYPE | RESULTS SELECT UP TO 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ☐ ALCOHOL ☐ MARIJUANA ☐ OTHER DRUG | | | | . | | | |

## INJURIES
1 - FATAL
2 - SUSPECTED SERIOUS INJURY
3 - SUSPECTED MINOR INJURY
4 - POSSIBLE INJURY
5 - NO APPARENT INJURY

## INJURIES TAKEN BY
1 - NOT TRANSPORTED /TREATED AT SCENE
2 - EMS
3 - POLICE
9 - OTHER / UNKNOWN

## SAFETY EQUIPMENT
1 - NONE USED
2 - SHOULDER BELT ONLY USED
3 - LAP BELT ONLY USED
4 - SHOULDER & LAP BELT USED
5 - CHILD RESTRAINT SYSTEM - FORWARD FACING
6 - CHILD RESTRAINT SYSTEM - REAR FACING
7 - BOOSTER SEAT
8 - HELMET USED
9 - PROTECTIVE PADS USED (ELBOWS, KNEES, ETC)
10 - REFLECTIVE CLOTHING
11 - LIGHTING - PEDESTRIAN / BICYCLE ONLY
99 - OTHER / UNKNOWN

## SEATING POSITION
1 - FRONT - LEFT SIDE (MOTORCYCLE DRIVER)
2 - FRONT - MIDDLE
3 - FRONT - RIGHT SIDE
4 - SECOND - LEFT SIDE (MOTORCYCLE PASSENGER)
5 - SECOND - MIDDLE
6 - SECOND - RIGHT SIDE
7 - THIRD - LEFT SIDE (MOTORCYCLE SIDE CAR)
8 - THIRD - MIDDLE
9 - THIRD - RIGHT SIDE
10 - SLEEPER SECTION OF TRUCK CAB
11 - PASSENGER IN OTHER ENCLOSED CARGO AREA (NON-TRAILING UNIT, BUS, PICK-UP WITH CAP)
12 - PASSENGER IN UNENCLOSED CARGO AREA
13 - TRAILING UNIT
14 - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)
15 - NON-MOTORIST
99 - OTHER / UNKNOWN

## AIR BAG
1 - NOT DEPLOYED
2 - DEPLOYED FRONT
3 - DEPLOYED SIDE
4 - DEPLOYED BOTH FRONT/SIDE
5 - NOT APPLICABLE
9 - DEPLOYMENT UNKNOWN

## EJECTION
1 - NOT EJECTED
2 - PARTIALLY EJECTED
3 - TOTALLY EJECTED
4 - NOT APPLICABLE

## TRAPPED
1 - NOT TRAPPED
2 - EXTRICATED BY MECHANICAL MEANS
3 - FREED BY NON-MECHANICAL MEANS

## OL CLASS
1 - CLASS A
2 - CLASS B
3 - CLASS C
4 - REGULAR CLASS (OHIO = D)
5 - M/C MOPED ONLY
6 - NO VALID OL

## OL ENDORSEMENT
H - HAZMAT
M - MOTORCYCLE
P - PASSENGER
N - TANKER
Q - MOTOR SCOOTER
R - THREE-WHEEL MOTORCYCLE
S - SCHOOL BUS
T - DOUBLE & TRIPLE TRAILERS
X - TANKER / HAZMAT

## GENDER
F - FEMALE
M - MALE
U - OTHER / UNKNOWN

## OL RESTRICTION(S)
1 - ALCOHOL INTERLOCK DEVICE
2 - CDL INTRASTATE ONLY
3 - CORRECTIVE LENSES
4 - FARM WAIVER
5 - EXCEPT CLASS A BUS
6 - EXCEPT CLASS A & CLASS B BUS
7 - EXCEPT TRACTOR-TRAILER
8 - INTERMEDIATE LICENSE RESTRICTIONS
9 - LEARNER'S PERMIT RESTRICTIONS
10 - LIMITED TO DAYLIGHT ONLY
11 - LIMITED TO EMPLOYMENT
12 - LIMITED - OTHER
13 - MECHANICAL DEVICES (SPECIAL BRAKES, HAND CONTROLS, OR OTHER ADAPTIVE DEVICES)
14 - MILITARY VEHICLES ONLY
15 - MOTOR VEHICLES WITHOUT AIR BRAKES
16 - OUTSIDE MIRROR
17 - PROSTHETIC AID
18 - OTHER

## DRIVER DISTRACTION
1 - NOT DISTRACTED
2 - MANUALLY OPERATING AN ELECTRONIC COMMUNICATION DEVICE (TEXTING, TYPING, DIALING)
3 - TALKING ON HANDS-FREE COMMUNICATION DEVICE
4 - TALKING ON HAND-HELD COMMUNICATION DEVICE
5 - OTHER ACTIVITY WITH AN ELECTRONIC DEVICE
6 - PASSENGER
7 - OTHER DISTRACTION INSIDE THE VEHICLE
8 - OTHER DISTRACTION OUTSIDE THE VEHICLE
9 - OTHER / UNKNOWN

## CONDITION
1 - APPARENTLY NORMAL
2 - PHYSICAL IMPAIRMENT
3 - EMOTIONAL (E.G., DEPRESSED, ANGRY, DISTURBED)
4 - ILLNESS
5 - FELL ASLEEP, FAINTED, FATIGUED, ETC.
6 - UNDER THE INFLUENCE OF MEDICATIONS / DRUGS / ALCOHOL
9 - OTHER / UNKNOWN

## TEST STATUS
1 - NONE GIVEN
2 - TEST REFUSED
3 - TEST GIVEN, CONTAMINATED SAMPLE / UNUSABLE
4 - TEST GIVEN, RESULTS KNOWN
5 - TEST GIVEN, RESULTS UNKNOWN

## ALCOHOL TEST TYPE
1 - NONE
2 - BLOOD
3 - URINE
4 - BREATH
5 - OTHER

## DRUG TEST TYPE
1 - NONE
2 - BLOOD
3 - URINE
4 - OTHER

## DRUG TEST RESULT(S)
1 - AMPHETAMINES
2 - BARBITURATES
3 - BENZODIAZEPINES
4 - CANNABINOIDS
5 - COCAINE
6 - OPIATES / OPIOIDS
7 - OTHER
8 - NEGATIVE RESULTS

# OCCUPANT / WITNESS ADDENDUM

| | UNIT # | NAME: LAST, FIRST, MIDDLE | | | | DATE OF BIRTH | | AGE | GENDER |
|---|---|---|---|---|---|---|---|---|---|
| **OCCUPANT** | 2 | SCHEARER, LORA | | | | 12/09/1979 | | 40 | F |

| | ADDRESS: STREET, CITY, STATE, ZIP | | | | CONTACT PHONE - INCLUDE AREA CODE | | | |
|---|---|---|---|---|---|---|---|---|
| | 165 LOFTON CIR, DELAWARE, OH, 43015 | | | | | | | |

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT | ☐ DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 1 | | | 4 | | 3 | 2 | 1 | 2 |

| | UNIT # | NAME: LAST, FIRST, MIDDLE | | | | DATE OF BIRTH | | AGE | GENDER |
|---|---|---|---|---|---|---|---|---|---|
| **OCCUPANT** | | | | | | | | | |

| | ADDRESS: STREET, CITY, STATE, ZIP | | | | CONTACT PHONE - INCLUDE AREA CODE | | | |
|---|---|---|---|---|---|---|---|---|

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT | ☐ DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | UNIT # | NAME: LAST, FIRST, MIDDLE | | | | DATE OF BIRTH | | AGE | GENDER |
|---|---|---|---|---|---|---|---|---|---|
| **OCCUPANT** | | | | | | | | | |

| | ADDRESS: STREET, CITY, STATE, ZIP | | | | CONTACT PHONE - INCLUDE AREA CODE | | | |
|---|---|---|---|---|---|---|---|---|

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT | ☐ DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | UNIT # | NAME: LAST, FIRST, MIDDLE | | | | DATE OF BIRTH | | AGE | GENDER |
|---|---|---|---|---|---|---|---|---|---|
| **OCCUPANT** | | | | | | | | | |

| | ADDRESS: STREET, CITY, STATE, ZIP | | | | CONTACT PHONE - INCLUDE AREA CODE | | | |
|---|---|---|---|---|---|---|---|---|

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT | ☐ DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| INJURIES | SAFETY EQUIPMENT USED | SEATING POSITION | AIR BAG USAGE |
|---|---|---|---|
| 1 - FATAL | 1 - NONE USED - VEHICLE OCCUPANT | 1 - FRONT - LEFT SIDE (MOTORCYCLE DRIVER) | 1 - NOT DEPLOYED |
| 2 - SUSPECTED SERIOUS INJURY | 2 - SHOULDER BELT ONLY USED | 2 - FRONT - MIDDLE | 2 - DEPLOYED FRONT |
| 3 - SUSPECTED MINOR INJURY | 3 - LAP BELT ONLY USED | 3 - FRONT - RIGHT SIDE | 3 - DEPLOYED SIDE |
| 4 - POSSIBLE INJURY | 4 - SHOULDER & LAP BELT USED | 4 - SECOND - LEFT SIDE (MOTORCYCLE PASSENGER) | 4 - DEPLOYED BOTH FRONT/SIDE |
| 5 - NO APPARENT INJURY | 5 - CHILD RESTRAINT SYSTEM - FORWARD FACING | 5 - SECOND - MIDDLE | 5 - NOT APPLICABLE |
| **INJURED TAKEN BY** | 6 - CHILD RESTRAINT SYSTEM - REAR FACING | 6 - SECOND - RIGHT SIDE | 9 - DEPLOYMENT UNKNOWN |
| 1 - NOT TRANSPORTED / TREATED AT SCENE | 7 - BOOSTER SEAT | 7 - THIRD - LEFT SIDE (MOTORCYCLE SIDE CAR) | **EJECTION** |
| 2 - EMS | 8 - HELMET USED | 8 - THIRD - MIDDLE | 1 - NOT EJECTED |
| 3 - POLICE | 9 - PROTECTIVE PADS USED (ELBOWS, KNEES, ETC) | 9 - THIRD - RIGHT SIDE | 2 - PARTIALLY EJECTED |
| 9 - OTHER / UNKNOWN | 10 - REFLECTIVE CLOTHING | 10 - SLEEPER SECTION OF TRUCK CAB | 3 - TOTALLY EJECTED |
| **GENDER** | 11 - LIGHTING - PEDESTRIAN / BICYCLE ONLY | 11 - PASSENGER IN OTHER ENCLOSED CARGO AREA (NON-TRAILING UNIT SUCH AS A BUS, PICK-UP WITH CAP) | 4 - NOT APPLICABLE |
| F - FEMALE | 99 - OTHER / UNKNOWN | 12 - PASSENGER IN UNENCLOSED CARGO AREA | **TRAPPED** |
| M - MALE | | 13 - TRAILING UNIT | 1 - NOT TRAPPED |
| U - OTHER / UNKNOWN | | 14 - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT) | 2 - EXTRICATED BY MECHANICAL MEANS |
| | | 15 - NON-MOTORIST | 3 - FREED BY NON-MECHANICAL MEANS |
| | | 99 - OTHER / UNKNOWN | |

| | NAME: LAST, FIRST, MIDDLE | | | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|---|---|
| **WITNESS** | FOUT, CHARLES | | | | 11/23/1977 | 42 | M |
| | ADDRESS: STREET, CITY, STATE, ZIP | | | | CONTACT PHONE - INCLUDE AREA CODE | | |
| | 210 N WAGNER AVE, BALTIMORE, OH, 43105 | | | | | | |

| | NAME: LAST, FIRST, MIDDLE | | | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|---|---|
| **WITNESS** | | | | | | | |
| | ADDRESS: STREET, CITY, STATE, ZIP | | | | CONTACT PHONE - INCLUDE AREA CODE | | |

| | NAME: LAST, FIRST, MIDDLE | | | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|---|---|
| **WITNESS** | | | | | | | |
| | ADDRESS: STREET, CITY, STATE, ZIP | | | | CONTACT PHONE - INCLUDE AREA CODE | | |



*Scott Elliot Smith, Esq.*
*Board Certified Civil Trial Advocate*
*By the National Board of Trial Advocacy*
*Also Licensed in Colorado*

Scott Elliot Smith L.P.A.
5003 Horizons Drive, Suite 101
Columbus, Ohio 43220
Tel: 614.846.1700/ Fax: 614.486.4987
*www.sestriallaw.com*

*Michael L. Dillard, Jr., Esq.*

August 26, 2020

**VIA CERTIFIED & FIRST-CLASS MAIL**
Jaspreet Kaur
4488 North Cornecia Avenue, Apt 216
Bakersfield, CA  93301

       **RE:**    *Notice of Representation and Request to Preserve*

To Whom It May Concern:

       Please be advised that the law firm of Scott Elliot Smith L.P.A. has been retained by **Emily B. Shearer** for her claims arising out of a **trucking collision on August 23, 2020 in Delaware County, Ohio**. This letter is a formal request that you preserve and not alter any and all equipment that was involved in the collision, along with photographs, video recordings, recorded audio or computer media, measurements, real evidence, documents, materials, and all other evidence and things relating to the crash which are presently in your possession or the possession of your employee or agent. This includes, but is certainly not limited to, all documents, whether paper, electronic or otherwise stored, relative to the driver and truck company in general. *We wish to inspect the vehicle as soon as possible*.

       In addition to the above, we specifically request that you preserve:

1. The driver's cell phone and cell phone records including logs of text messages from the day of the collision;

2. All photographs, videotapes, or other audio or computer-generated media relating to the occurrence, the scene, or relating to any equipment or things originally located at or near the site of the collision;

3. The driver's qualification file, pursuant to 49 CFR 391.51;

4. The driver's entire investigation history file, pursuant to 49 CFR 391.53;

5. The entire personnel file of the driver;

**EXHIBIT 3**

6. The driver's daily log or on-board recording device for six (6) months before the collision and a week after, along with all supporting data, such as bills of lading, carrier pros, freight bills, dispatch records, electronic mobile communication/tracking records, gate record receipts, weight/scale tickets, fuel receipts, fuel billing statements, toll receipts, toll billing statements, port of entry receipts, cash advance receipts, delivery receipts, lumper receipts, interchange and inspection reports, lessor settlement sheets, over/short and damage reports, agricultural inspection reports, driver and vehicle examination reports, crash reports, telephone billing statements, credit card receipts, border crossing reports, custom declarations, traffic citations, and overweight/oversize permits and traffic citations, as required by 49 CFR 395.8 and 395.15;

7. The printout from any commercial software program (e.g., J.J. Keller's LogChecker©) or other program used to record and audit the driver's log book entries for the one year preceding this collision;

8. The entire drug and alcohol file of the driver including but not limited to pre-employment, post-accident, random, reasonable suspicion, and return to duty drug and alcohol testing results maintained pursuant to 49 CFR 382.401;

9. The driver's entire medical file;

10. All existing driver vehicle inspection reports, pursuant to 49 CFR 396.11;

11. Any and all data from the electronic control monitor or "black box" in the engine or cab of the truck;

12. Any and all GPS or other geographic tracking data concerning the truck's location for the six (6) months before the crash up to and including the date of crash;

13. Any and all communications via CB radio, mobile or satellite communication system, e-mail, cellular telephone, text message, pager, or other in-cab communication device;

14. All freight and loading information for the load being hauled at the time of crash;

15. The Permanent Unit File or its equivalent pursuant to 49 CFR 396.3 including, but not limited to, records relating to the inspections, repairs, maintenance, and costs for the tractor and trailers involved in the collision;

16. All still shots or video from any Drive Cam or other camera in or on the truck;

17. All statements, notes, recordings and other materials obtained from any person having information respecting this incident or surrounding circumstances;

18. All computer, electronic or e-mail messages created in the first forty-eight (48) hours immediately after the incident, by or between your company and any agents or third parties, relating to the facts, circumstances, or investigation of the incident; and

Page **3** of **3**

19.   Any other information that may be relevant to the crash.

   **Please retain all of this evidence**.  A number of Court decisions have permitted Court sanctions or "destruction of evidence" lawsuits where a party permanently alters important evidence after receiving written notice of a claim which also requests preservation of evidence.  Unless I have your written explanation to the contrary, in writing, within five (5) business days from the date of this letter, I will presume you will strictly abide by all requests outlined above.

Very truly yours,

*Scott E. Smith*

Scott Elliot Smith, Esq.

SES/jsw
Enclosure

# TRAFFIC CRASH REPORT

**Ohio** Department of Public Safety

*LOCAL REPORT NUMBER* 200634291

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ PHOTOS TAKEN | ☐ OH -2 | ☐ OH -3 | LOCAL INFORMATION 10 | | | | |
| ☐ SECONDARY CRASH | ☐ OH-1P | ☐ OTHER | REPORTING AGENCY NAME * COLUMBUS POLICE DEPARTMENT | NCIC * COP00 | HIT/SKIP 1 - SOLVED 2 - UNSOLVED | NUMBER OF UNITS 2 | UNIT IN ERROR 98 - ANIMAL 99 - UNKNOWN |
| | ☐ PRIVATE PROPERTY | | | | | | |

| COUNTY* 21 | LOCALITY* 2 <br> 1 - CITY <br> 2 - VILLAGE <br> 3 - TOWNSHIP | LOCATION: CITY. VILLAGE. TOWNSHIP* Columbus | | CRASH DATE / TIME* 08/23/2020 18:16 | CRASH SEVERITY 3 <br> 1 - FATAL <br> 2 - SERIOUS INJURY SUSPECTED <br> 3 - MINOR INJURY SUSPECTED <br> 4 - INJURY POSSIBLE <br> 5 - PROPERTY DAMAGE ONLY |

**LOCATION**

| ROUTE TYPE IR | ROUTE NUMBER 71S | PREFIX 1 - NORTH <br> 2 - SOUTH <br> 3 - EAST <br> 4 - WEST | LOCATION ROAD NAME | ROAD TYPE | LATITUDE DECIMAL DEGREES 40.148170 |

**REFERENCE**

| REFERENCE TYPE | REFERENCE NUMBER | PREFIX 1 - NORTH <br> 2 - SOUTH <br> 3 - EAST <br> 4 - WEST | REFERENCE ROAD NAME (ROAD, MILEPOST, HOUSE #) Ikea | ROAD TYPE WA | LONGITUDE DECIMAL DEGREES -82.970730 |

| REFERENCE POINT <br> 1 - INTERSECTION <br> 2 - MILE POST <br> 3 - HOUSE # <br> (1) | DIRECTION FROM REFERENCE <br> 1 - NORTH <br> 2 - SOUTH <br> 3 - EAST <br> 4 - WEST <br> (1) | ROUTE TYPE <br> IR - INTERSTATE ROUTE (TP) <br> US - FEDERAL US ROUTE <br> SR - STATE ROUTE <br> CR - NUMBERED COUNTY ROUTE <br> TR - NUMBERED TOWNSHIP ROUTE | ROAD TYPE <br> AL - ALLEY <br> AV - AVENUE <br> BL - BOULEVARD <br> CR - CIRCLE <br> CT - COURT <br> DR - DRIVE <br> HE - HEIGHTS | HW - HIGHWAY <br> LA - LANE <br> MP - MILEPOST <br> OV - OVAL <br> PK - PARKWAY <br> PI - PIKE <br> PL - PLACE | RD - ROAD <br> SQ - SQUARE <br> ST - STREET <br> TE - TERRACE <br> TL - TRAIL <br> WA - WAY | INTERSECTION RELATED <br> ☐ WITHIN INTERSECTION OR ON APPROACH <br> ☐ WITHIN INTERCHANGE AREA |
| DISTANCE FROM REFERENCE 200.00 | DISTANCE UNIT OF MEASURE 2 <br> 1 - MILES <br> 2 - FEET <br> 3 - YARDS | | | | | NUMBER OF APPROACHES |

**ROADWAY**

☒ ROADWAY DIVIDED

| LOCATION OF FIRST HARMFUL EVENT 1 <br> 1 - ON ROADWAY <br> 2 - ON SHOULDER <br> 3 - IN MEDIAN <br> 4 - ON ROADSIDE <br> 5 - ON GORE <br> 6 - OUTSIDE TRAFFIC WAY <br> 7 - ON RAMP <br> 8 - OFF RAMP | 9 - CROSSOVER <br> 10 - DRIVEWAY/ALLEY ACCESS <br> 11 - RAILWAY GRADE CROSSING <br> 12 - SHARED USE PATHS OR TRAILS <br> 13 - BIKE LANE <br> 14 - TOLL BOOTH <br> 99 - OTHER / UNKNOWN | MANNER OF CRASH COLLISION/IMPACT 6 <br> 1 - NOT COLLISION BETWEEN TWO MOTOR VEHICLES IN TRANSPORT <br> 2 - REAR-END <br> 3 - HEAD-ON | 4 - REAR-TO-REAR <br> 5 - BACKING <br> 6 - ANGLE <br> 7 - SIDESWIPE, SAME DIRECTION <br> 8 - SIDESWIPE, OPPOSITE DIRECTION <br> 9 - OTHER / UNKNOWN | DIRECTION OF TRAVEL 2 <br> 1 - NORTH <br> 2 - SOUTH <br> 3 - EAST <br> 4 - WEST | MEDIAN TYPE 4 <br> 1 - DIVIDED FLUSH MEDIAN ( <4 FEET ) <br> 2 - DIVIDED FLUSH MEDIAN ( ≥4 FEET ) <br> 3 - DIVIDED, DEPRESSED MEDIAN <br> 4 - DIVIDED, RAISED MEDIAN (ANY TYPE) <br> 9 - OTHER / UNKNOWN |

| ☐ WORK ZONE RELATED <br> ☐ WORKERS PRESENT <br> ☐ LAW ENFORCEMENT PRESENT <br> ☐ ACTIVE SCHOOL ZONE | WORK ZONE TYPE <br> 1 - LANE CLOSURE <br> 2 - LANE SHIFT/ CROSSOVER <br> 3 - WORK ON SHOULDER OR MEDIAN <br> 4 - INTERMITTENT OR MOVING WORK <br> 5 - OTHER | LOCATION OF CRASH IN WORK ZONE <br> 1 - BEFORE THE 1ST WORK ZONE WARNING SIGN <br> 2 - ADVANCE WARNING AREA <br> 3 - TRANSITION AREA <br> 4 - ACTIVITY AREA <br> 5 - TERMINATION AREA | CONTOUR 1 <br> 1 - STRAIGHT LEVEL <br> 2 - STRAIGHT GRADE <br> 3 - CURVE LEVEL <br> 4 - CURVE GRADE <br> 9 - OTHER /UNKNOWN | CONDITIONS 1 <br> 1 - DRY <br> 2 - WET <br> 3 - SNOW <br> 4 - ICE <br> 5 - SAND, MUD, DIRT, OIL, GRAVEL <br> 6 - WATER (STANDING, MOVING) <br> 7 - SLUSH <br> 9 - OTHER / UNKNOWN | SURFACE 2 <br> 1 - CONCRETE <br> 2 - BLACKTOP, BITUMINOUS, ASPHALT <br> 3 - BRICK/BLOCK <br> 4 - SLAG , GRAVEL, STONE <br> 5 - DIRT <br> 9 - OTHER / UNKNOWN |

| LIGHT CONDITION 1 <br> 1 - DAYLIGHT <br> 2 - DAWN/DUSK <br> 3 - DARK - LIGHTED ROADWAY <br> 4 - DARK - ROADWAY NOT LIGHTED <br> 5 - DARK - UNKNOWN ROADWAY LIGHTING <br> 9 - OTHER / UNKNOWN | WEATHER 2 <br> 1 - CLEAR <br> 2 - CLOUDY <br> 3 - FOG, SMOG, SMOKE <br> 4 - RAIN <br> 5 - SLEET, HAIL | 6 - SNOW <br> 7 - SEVERE CROSSWINDS <br> 8 - BLOWING SAND, SOIL, DIRT, SNOW <br> 9 - FREEZING RAIN OR FREEZING DRIZZLE <br> 99 - OTHER / UNKNOWN |

## NARRATIVE

Driver of Unit 1 stated that he was driving southbound on 71SB at Ikea Way and went to move over into the right lane. The driver of Unit 1 stated that he did not see Unit 2 and struck the vehicle. Driver of Unit 2 stated that she was travelling southbound on 71SB in the far right lane when Unit 1 moved into her lane and struck the driver's side of the vehicle. Unit 2 spun across three lanes of traffic where it came to a stop on the median. Witness 1 corroborated ths story. Both the driver and passenger of Unit 2 were trapped and had be removed by CFD. The driver of Unit 2 had neck pain and was transported to St. Ann's hospital by CFD Medic 33. Unit 2 had to be towed from the scene. The driver of Unit 1 was charged with driving within lanes.



Not To Scale

| CRASH REPORTED DATE / TIME 08/23/2020 18:16 | DISPATCH DATE / TIME 08/23/2020 18:17 | ARRIVAL DATE / TIME 08/23/2020 18:23 | SCENE CLEARED DATE / TIME 08/23/2020 19:00 | REPORT TAKEN BY ☒ POLICE AGENCY ☐ MOTORIST |
| TOTAL TIME ROADWAY CLOSED | OTHER INVESTIGATION TIME | TOTAL MINUTES 43 | OFFICER'S NAME* Vober, Ashley <br> OFFICER'S BADGE NUMBER* 3153 | CHECKED BY OFFICER'S NAME* BOVA, CHRIS <br> CHECKED BY OFFICER'S BADGE NUMBER* 5288 | ☐ SUPPLEMENT (CORRECTION OR ADDITION TO AN EXISTING REPORT SENT TO ODPS) |

# Ohio Department of Public Safety — UNIT

| UNIT # | OWNER NAME: LAST, FIRST, MIDDLE (☐ SAME AS DRIVER) | OWNER PHONE:(INCLUDE AREA CODE) (☐ SAME AS DRIVER) |
|---|---|---|
| 1 | QUAD TRANS INC, | |

**OWNER ADDRESS:** STREET, CITY, STATE, ZIP ( ☐ SAME AS DRIVER)
600 HOSKING AVE APT 14A, BAKERSFIELD, CA, 93301

**COMMERCIAL CARRIER:** NAME, ADDRESS, CITY, STATE, ZIP          **COMMERCIAL CARRIER PHONE:** INCLUDE AREA CODE
JASPREET KAUR, 4488 N CORNECIA AVE APT 216, BAKERSFIE

| LP STATE | LICENSE PLATE # | VEHICLE IDENTIFICATION # | VEHICLE YEAR | VEHICLE MAKE |
|---|---|---|---|---|
| CA | XP66635 | 1FUJHHDR8KLKN0245 | 2019 | FREIGHTLINER |

| INSURANCE ☒ VERIFIED | INSURANCE COMPANY | INSURANCE POLICY # | COLOR | VEHICLE MODEL |
|---|---|---|---|---|
| | ACORD | AFXCA00036601 | WHI | CASCADIA |

**TYPE OF USE:** ☒ COMMERCIAL  ☐ GOVERNMENT  ☐ IN EMERGENCY RESPONSE

**US DOT #** 3144780

☐ INTERLOCK DEVICE EQUIPPED    ☐ HIT/SKIP UNIT

**# OCCUPANTS** 1

**TOWED BY:** COMPANY NAME

**VEHICLE WEIGHT GVWR/GCWR** 2
1 - ≤10K LBS.
2 - 10.001 - 26K LBS.
3 - > 26K LBS.

**HAZARDOUS MATERIAL**
☐ MATERIAL RELEASED
☐ PLACARD
CLASS #     PLACARD ID #

**UNIT TYPE** 15
1 - PASSENGER CAR
2 - PASSENGER VAN (MINIVAN)
3 - SPORT UTILITY VEHICLE
4 - PICK UP
5 - CARGO VAN
6 - VAN (9-15 SEATS)
7 - MOTORCYCLE 2-WHEELED
8 - MOTORCYCLE 3-WHEELED
9 - AUTOCYCLE
10 - MOPED OR MOTORIZED BICYCLE
11 - ALL TERRAIN VEHICLE (ATV/UTV)
12 - GOLF CART
13 - SNOWMOBILE
14 - SINGLE UNIT TRUCK
15 - SEMI-TRACTOR
16 - FARM EQUIPMENT
17 - MOTORHOME
18 - LIMO (LIVERY VEHICLE)
19 - BUS (16+ PASSENGERS)
20 - OTHER VEHICLE
21 - HEAVY EQUIPMENT
22 - ANIMAL WITH RIDER OR ANIMAL-DRAWN VEHICLE
23 - PEDESTRIAN/SKATER
24 - WHEELCHAIR (ANY TYPE)
25 - OTHER NON-MOTORIST
26 - BICYCLE
27 - TRAIN
99 - UNKNOWN OR HIT/SKIP

**# OF TRAILING UNITS** 1

**WAS VEHICLE OPERATING IN AUTONOMOUS MODE WHEN CRASH OCCURRED?** 2
1 - YES   2 - NO   9 - OTHER / UNKNOWN

**AUTONOMOUS MODE LEVEL** 0
0 - NO AUTOMATION
1 - DRIVER ASSISTANCE
2 - PARTIAL AUTOMATION
3 - CONDITIONAL AUTOMATION
4 - HIGH AUTOMATION
5 - FULL AUTOMATION
9 - OTHER/UNKNOWN

**SPECIAL FUNCTION** 1
1 - NONE
2 - TAXI
3 - ELECTRONIC RIDE SHARING
4 - SCHOOL TRANSPORT
5 - BUS - TRANSIT/COMMUTER
6 - BUS - CHARTER/TOUR
7 - BUS - INTERCITY
8 - BUS - SHUTTLE
9 - BUS - OTHER
10 - AMBULANCE
11 - FIRE
12 - MILITARY
13 - POLICE
14 - PUBLIC UTILITY
15 - CONSTRUCTION EQUIP.
16 - FARM
17 - MOWING
18 - SNOW REMOVAL
19 - TOWING
20 - SAFETY SERVICE PATROL
21 - MAIL CARRIER
99 - OTHER / UNKNOWN

**CARGO BODY TYPE** 1
1 - NO CARGO BODY TYPE / NOT APPLICABLE
2 - BUS
3 - VEHICLE TOWING ANOTHER MOTOR VEHICLE
4 - LOGGING
5 - INTERMODAL CONTAINER CHASSIS
6 - CARGOVAN /ENCLOSED BOX
7 - GRAIN/CHIPS/GRAVEL
8 - POLE
9 - CARGO TANK
10 - FLAT BED
11 - DUMP
12 - CONCRETE MIXER
13 - AUTO TRANSPORTER
14 - GARBAGE/REFUSE
99 - OTHER / UNKNOWN

**VEHICLE DEFECTS**
1 - TURN SIGNALS
2 - HEAD LAMPS
3 - TAIL LAMPS
4 - BRAKES
5 - STEERING
6 - TIRE BLOWOUT
7 - WORN OR SLICK TIRES
8 - TRAILER EQUIPMENT DEFECTIVE
9 - MOTOR TROUBLE
10 - DISABLED FROM PRIOR ACCIDENT

**NON-MOTORIST LOCATION AT IMPACT**
1 - INTERSECTION - MARKED CROSSWALK
2 - INTERSECTION - UNMARKED CROSSWALK
3 - INTERSECTION - OTHER
4 - MIDBLOCK - MARKED CROSSWALK
5 - TRAVEL LANE - OTHER LOCATION
6 - BICYCLE LANE
7 - SHOULDER/ROADSIDE
8 - SIDEWALK
9 - MEDIAN/CROSSING ISLAND
10 - DRIVEWAY ACCESS
11 - SHARED USE PATHS OR TRAILS
12 - FIRST RESPONDER AT INCIDENT SCENE
99 - OTHER / UNKNOWN

**ACTION** 3
1 - NON-CONTACT
2 - NON-COLLISION
3 - STRIKING
4 - STRUCK
5 - BOTH STRIKING & STRUCK
9 - OTHER / UNKNOWN

**PRE-CRASH ACTIONS** 3
1 - STRAIGHT AHEAD
2 - BACKING
3 - CHANGING LANES
4 - OVERTAKING/PASSING
5 - MAKING RIGHT TURN
6 - MAKING LEFT TURN
7 - MAKING U-TURN
8 - ENTERING TRAFFIC LANE
9 - LEAVING TRAFFIC LANE
10 - PARKED
11 - SLOWING OR STOPPED IN TRAFFIC
12 - DRIVERLESS
13 - NEGOTIATING A CURVE
14 - ENTERING OR CROSSING SPECIFIED LOCATION
15 - WALKING, RUNNING, JOGGING, PLAYING
16 - WORKING
17 - PUSHING VEHICLE
18 - APPROACHING OR LEAVING VEHICLE
19 - STANDING
20 - OTHER NON-MOTORIST
21 - STANDING OUTSIDE DISABLED VEHICLE
99 - OTHER / UNKNOWN

**CONTRIBUTING CIRCUMSTANCES** 9
1 - NONE
2 - FAILURE TO YIELD
3 - RAN RED LIGHT
4 - RAN STOP SIGN
5 - UNSAFE SPEED
6 - IMPROPER TURN
7 - LEFT OF CENTER
8 - FOLLOWING TOO CLOSE /ACDA
9 - IMPROPER LANE CHANGE
10 - IMPROPER PASSING
11 - DROVE OFF ROAD
12 - IMPROPER BACKING
13 - IMPROPER START FROM A PARKED POSITION
14 - STOPPED OR PARKED ILLEGALLY
15 - SWERVING TO AVOID
16 - WRONG WAY
17 - VISION OBSTRUCTION
18 - OPERATING DEFECTIVE EQUIPMENT
19 - LOAD SHIFTING /FALLING/SPILLING
20 - IMPROPER CROSSING
21 - LYING IN ROADWAY
22 - NOT DISCERNIBLE
23 - OPENING DOOR INTO ROADWAY
99 - OTHER IMPROPER ACTION

**SEQUENCE OF EVENTS**

**EVENTS**
1 - 20
2 -
3 -
1 - OVERTURN/ROLLOVER
2 - FIRE/EXPLOSION
3 - IMMERSION
4 - JACKKNIFE
5 - CARGO / EQUIPMENT LOSS OR SHIFT
6 - EQUIPMENT FAILURE
7 - SEPARATION OF UNITS
8 - RAN OFF ROAD RIGHT
9 - RAN OFF ROAD LEFT
10 - CROSS MEDIAN
11 - CROSS CENTERLINE - OPPOSITE DIRECTION OF TRAVEL
12 - DOWNHILL RUNAWAY
13 - OTHER NON-COLLISION
14 - PEDESTRIAN
15 - PEDALCYCLE
16 - RAILWAY VEHICLE
17 - ANIMAL - FARM
18 - ANIMAL - DEER
19 - ANIMAL -OTHER
20 - MOTOR VEHICLE IN TRANSPORT
21 - PARKED MOTOR VEHICLE
22 - WORK ZONE MAINTENANCE EQUIPMENT
23 - STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY A MOTOR VEHICLE
24 - OTHER MOVABLE OBJECT

**COLLISION WITH FIXED OBJECT - STRUCK**
4 -
5 -
6 -
25 - IMPACT ATTENUATOR / CRASH CUSHION
26 - BRIDGE OVERHEAD STRUCTURE
27 - BRIDGE PIER OR ABUTMENT
28 - BRIDGE PARAPET
29 - BRIDGE RAIL
30 - GUARDRAIL FACE
31 - GUARDRAIL END
32 - PORTABLE BARRIER
33 - MEDIAN CABLE BARRIER
34 - MEDIAN GUARDRAIL BARRIER
35 - MEDIAN CONCRETE BARRIER
36 - MEDIAN OTHER BARRIER
37 - TRAFFIC SIGN POST
38 - OVERHEAD SIGN POST
39 - LIGHT / LUMINARIES SUPPORT
40 - UTILITY POLE
41 - OTHER POST, POLE OR SUPPORT
42 - CULVERT
43 - CURB
44 - DITCH
45 - EMBANKMENT
46 - FENCE
47 - MAILBOX
48 - TREE
49 - FIRE HYDRANT
50 - WORK ZONE MAINTENANCE EQUIPMENT
51 - WALL
52 - BUILDING
53 - TUNNEL
54 - OTHER FIXED OBJECT
99 - OTHER / UNKNOWN

**FIRST HARMFUL EVENT** 1     **MOST HARMFUL EVENT** 1

## DAMAGE

**DAMAGE SCALE** 2
1 - NONE
2 - MINOR DAMAGE
3 - FUNCTIONAL DAMAGE
4 - DISABLING DAMAGE
9 - UNKNOWN

**DAMAGED AREA(S)**
INDICATE ALL THAT APPLY

☐ - NO DAMAGE [ 0 ]       ☐ - UNDERCARRIAGE [ 14 ]
☐ - TOP [ 13 ]            ☐ - ALL AREAS [ 15 ]
                         ☐ - UNIT NOT AT SCENE [ 16 ]

**INITIAL POINT OF CONTACT** 1
0 - NO DAMAGE
1-12 - REFER TO UNIT DIAGRAM
13 - TOP
14 - UNDERCARRIAGE
15 - VEHICLE NOT AT SCENE
99 - UNKNOWN

## TRAFFIC

**TRAFFICWAY FLOW** 2
1 - ONE-WAY
2 - TWO-WAY

**TRAFFIC CONTROL** 6
1 - ROUNDABOUT
2 - SIGNAL
3 - FLASHER
4 - STOP SIGN
5 - YIELD SIGN
6 - NO CONTROL

**# OF THROUGH LANES ON ROAD** 3

**RAIL GRADE CROSSING** 1
1 - NOT INVLOVED
2 - INVOLVED-ACTIVE CROSSING
3 - INVOLVED-PASSIVE CROSSING

**UNIT / NON-MOTORIST DIRECTION**
FROM 1 TO 2
1 - NORTH
2 - SOUTH
3 - EAST
4 - WEST
5 - NORTHEAST
6 - NORTHWEST
7 - SOUTHEAST
8 - SOUTHWEST
9 - OTHER / UNKNOWN

**UNIT SPEED** 65

**POSTED SPEED** 65

**DETECTED SPEED**
1 - STATED / ESTIMATED SPEED
2 - CALCULATED / EDR
3 - UNDETERMINED

**Ohio** Department of Public Safety

# UNIT

LOCAL REPORT NUMBER
200634291

## OWNER

| UNIT # | OWNER NAME: LAST, FIRST, MIDDLE □ SAME AS DRIVER | OWNER PHONE: INCLUDE AREA CODE □ SAME AS DRIVER |
|---|---|---|
| 2 | SHEARER, EMILY, BRIANNE | |

OWNER ADDRESS: STREET, CITY, STATE, ZIP □ SAME AS DRIVER
6288 LEHMAN RD, DELAWARE, OH, 43015

| COMMERCIAL CARRIER: NAME, ADDRESS, CITY, STATE, ZIP | COMMERCIAL CARRIER PHONE: INCLUDE AREA CODE |
|---|---|

## VEHICLE

| LP STATE | LICENSE PLATE # | VEHICLE IDENTIFICATION # | VEHICLE YEAR | VEHICLE MAKE |
|---|---|---|---|---|
| OH | HFD5915 | 19XFA16569E018619 | 2009 | HONDA |

| INSURANCE | INSURANCE COMPANY | INSURANCE POLICY # | COLOR | VEHICLE MODEL |
|---|---|---|---|---|
| ☒ VERIFIED | PROGRESSIVE | 923398536 | RED | CIVIC |

**TYPE OF USE**
□ COMMERCIAL  □ GOVERNMENT  □ IN EMERGENCY RESPONSE
□ INTERLOCK DEVICE EQUIPPED  □ HIT/SKIP UNIT

US DOT #

# OCCUPANTS: 2

VEHICLE WEIGHT GVWR/GCWR
1 - ≤10K LBS.
2 - 10.001 - 26K LBS.
3 - > 26K LBS.

TOWED BY: COMPANY NAME
JOHNSONS

**HAZARDOUS MATERIAL**
□ MATERIAL RELEASED  □ PLACARD  CLASS #  PLACARD ID #

**UNIT TYPE: 1**
1 - PASSENGER CAR
2 - PASSENGER VAN (MINIVAN)
3 - SPORT UTILITY VEHICLE
4 - PICK UP
5 - CARGO VAN
6 - VAN (9-15 SEATS)
7 - MOTORCYCLE 2-WHEELED
8 - MOTORCYCLE 3-WHEELED
9 - AUTOCYCLE
10 - MOPED OR MOTORIZED BICYCLE
11 - ALL TERRAIN VEHICLE (ATV/UTV)
12 - GOLF CART
13 - SNOWMOBILE
14 - SINGLE UNIT TRUCK
15 - SEMI-TRACTOR
16 - FARM EQUIPMENT
17 - MOTORHOME
18 - LIMO (LIVERY VEHICLE)
19 - BUS (16+ PASSENGERS)
20 - OTHER VEHICLE
21 - HEAVY EQUIPMENT
22 - ANIMAL WITH RIDER OR ANIMAL-DRAWN VEHICLE
23 - PEDESTRIAN/SKATER
24 - WHEELCHAIR (ANY TYPE)
25 - OTHER NON-MOTORIST
26 - BICYCLE
27 - TRAIN
99 - UNKNOWN OR HIT/SKIP

# OF TRAILING UNITS: 0

WAS VEHICLE OPERATING IN AUTONOMOUS MODE WHEN CRASH OCCURRED? **2**
1 - YES  2 - NO  9 - OTHER / UNKNOWN

**AUTONOMOUS MODE LEVEL: 0**
0 - NO AUTOMATION
1 - DRIVER ASSISTANCE
2 - PARTIAL AUTOMATION
3 - CONDITIONAL AUTOMATION
4 - HIGH AUTOMATION
5 - FULL AUTOMATION
9 - OTHER/UNKNOWN

**SPECIAL FUNCTION: 1**
1 - NONE
2 - TAXI
3 - ELECTRONIC RIDE SHARING
4 - SCHOOL TRANSPORT
5 - BUS - TRANSIT/COMMUTER
6 - BUS - CHARTER/TOUR
7 - BUS - INTERCITY
8 - BUS - SHUTTLE
9 - BUS - OTHER
10 - AMBULANCE
11 - FIRE
12 - MILITARY
13 - POLICE
14 - PUBLIC UTILITY
15 - CONSTRUCTION EQUIP.
16 - FARM
17 - MOWING
18 - SNOW REMOVAL
19 - TOWING
20 - SAFETY SERVICE PATROL
21 - MAIL CARRIER
99 - OTHER / UNKNOWN

**CARGO BODY TYPE: 1**
1 - NO CARGO BODY TYPE / NOT APPLICABLE
2 - BUS
3 - VEHICLE TOWING ANOTHER MOTOR VEHICLE
4 - LOGGING
5 - INTERMODAL CONTAINER CHASSIS
6 - CARGOVAN /ENCLOSED BOX
7 - GRAIN/CHIPS/GRAVEL
8 - POLE
9 - CARGO TANK
10 - FLAT BED
11 - DUMP
12 - CONCRETE MIXER
13 - AUTO TRANSPORTER
14 - GARBAGE/REFUSE
99 - OTHER / UNKNOWN

**VEHICLE DEFECTS: 1**
1 - TURN SIGNALS
2 - HEAD LAMPS
3 - TAIL LAMPS
4 - BRAKES
5 - STEERING
6 - TIRE BLOWOUT
7 - WORN OR SLICK TIRES
8 - TRAILER EQUIPMENT DEFECTIVE
9 - MOTOR TROUBLE
10 - DISABLED FROM PRIOR ACCIDENT
99 - OTHER / UNKNOWN

**NON-MOTORIST LOCATION AT IMPACT: 4**
1 - INTERSECTION - MARKED CROSSWALK
2 - INTERSECTION - UNMARKED CROSSWALK
3 - INTERSECTION - OTHER
4 - MIDBLOCK - MARKED CROSSWALK
5 - TRAVEL LANE - OTHER LOCATION
6 - BICYCLE LANE
7 - SHOULDER/ROADSIDE
8 - SIDEWALK
9 - MEDIAN/CROSSING ISLAND
10 - DRIVEWAY ACCESS
11 - SHARED USE PATHS OR TRAILS
12 - FIRST RESPONDER AT INCIDENT SCENE
99 - OTHER / UNKNOWN

**ACTION: 4**
1 - NON-CONTACT
2 - NON-COLLISION
3 - STRIKING
4 - STRUCK
5 - BOTH STRIKING & STRUCK
9 - OTHER / UNKNOWN

**PRE-CRASH ACTIONS: 1**
1 - STRAIGHT AHEAD
2 - BACKING
3 - CHANGING LANES
4 - OVERTAKING/PASSING
5 - MAKING RIGHT TURN
6 - MAKING LEFT TURN
7 - MAKING U-TURN
8 - ENTERING TRAFFIC LANE
9 - LEAVING TRAFFIC LANE
10 - PARKED
11 - SLOWING OR STOPPED IN TRAFFIC
12 - DRIVERLESS
13 - NEGOTIATING A CURVE
14 - ENTERING OR CROSSING SPECIFIED LOCATION
15 - WALKING, RUNNING, JOGGING, PLAYING
16 - WORKING
17 - PUSHING VEHICLE
18 - APPROACHING OR LEAVING VEHICLE
19 - STANDING
20 - OTHER NON-MOTORIST
21 - STANDING OUTSIDE DISABLED VEHICLE
99 - OTHER / UNKNOWN

**CONTRIBUTING CIRCUMSTANCES: 1**
1 - NONE
2 - FAILURE TO YIELD
3 - RAN RED LIGHT
4 - RAN STOP SIGN
5 - UNSAFE SPEED
6 - IMPROPER TURN
7 - LEFT OF CENTER
8 - FOLLOWING TOO CLOSE /ACDA
9 - IMPROPER LANE CHANGE
10 - IMPROPER PASSING
11 - DROVE OFF ROAD
12 - IMPROPER BACKING
13 - IMPROPER START FROM A PARKED POSITION
14 - STOPPED OR PARKED ILLEGALLY
15 - SWERVING TO AVOID
16 - WRONG WAY
17 - VISION OBSTRUCTION
18 - OPERATING DEFECTIVE EQUIPMENT
19 - LOAD SHIFTING /FALLING/SPILLING
20 - IMPROPER CROSSING
21 - LYING IN ROADWAY
22 - NOT DISCERNIBLE
23 - OPENING DOOR INTO ROADWAY
99 - OTHER IMPROPER ACTION

## EVENTS(S)

SEQUENCE OF EVENTS

**EVENTS**
1 - 20
2
3

1 - OVERTURN/ROLLOVER
2 - FIRE/EXPLOSION
3 - IMMERSION
4 - JACKKNIFE
5 - CARGO / EQUIPMENT LOSS OR SHIFT
6 - EQUIPMENT FAILURE
7 - SEPARATION OF UNITS
8 - RAN OFF ROAD RIGHT
9 - RAN OFF ROAD LEFT
10 - CROSS MEDIAN
11 - CROSS CENTERLINE - OPPOSITE DIRECTION OF TRAVEL
12 - DOWNHILL RUNAWAY
13 - OTHER NON-COLLISION
14 - PEDESTRIAN
15 - PEDALCYCLE
16 - RAILWAY VEHICLE
17 - ANIMAL - FARM
18 - ANIMAL - DEER
19 - ANIMAL -OTHER
20 - MOTOR VEHICLE IN TRANSPORT
21 - PARKED MOTOR VEHICLE
22 - WORK ZONE MAINTENANCE EQUIPMENT
23 - STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY A MOTOR VEHICLE
24 - OTHER MOVABLE OBJECT

**COLLISION WITH FIXED OBJECT - STRUCK**
4
5
1

25 - IMPACT ATTENUATOR / CRASH CUSHION
26 - BRIDGE OVERHEAD STRUCTURE
27 - BRIDGE PIER OR ABUTMENT
28 - BRIDGE PARAPET
29 - BRIDGE RAIL
30 - GUARDRAIL FACE
32 - GUARDRAIL END
33 - PORTABLE BARRIER
34 - MEDIAN CABLE BARRIER
35 - MEDIAN GUARDRAIL BARRIER
36 - MEDIAN CONCRETE BARRIER
37 - TRAFFIC SIGN POST
38 - OVERHEAD SIGN POST
39 - LIGHT / LUMINARIES SUPPORT
40 - UTILITY POLE
41 - OTHER POST, POLE OR SUPPORT
42 - CULVERT
43 - CURB
44 - DITCH
45 - EMBANKMENT
46 - FENCE
47 - MAILBOX
48 - TREE
49 - FIRE HYDRANT
50 - WORK ZONE MAINTENANCE EQUIPMENT
51 - WALL
52 - BUILDING
53 - TUNNEL
54 - OTHER FIXED OBJECT
99 - OTHER / UNKNOWN

FIRST HARMFUL EVENT: 1     MOST HARMFUL EVENT: 1

## DAMAGE

**DAMAGE SCALE: 4**
1 - NONE
2 - MINOR DAMAGE
3 - FUNCTIONAL DAMAGE
4 - DISABLING DAMAGE
9 - UNKNOWN

**DAMAGED AREA(S)**
INDICATE ALL THAT APPLY



□ NO DAMAGE [ 0 ]     □ UNDERCARRIAGE [ 14 ]
□ TOP [ 13 ]     ☒ ALL AREAS [ 15 ]
□ UNIT NOT AT SCENE [ 16 ]

**INITIAL POINT OF CONTACT: 7**
0 - NO DAMAGE
1-12 - REFER TO UNIT DIAGRAM
13 - TOP
14 - UNDERCARRIAGE
15 - VEHICLE NOT AT SCENE

## TRAFFIC

**TRAFFICWAY FLOW: 2**
1 - ONE-WAY
2 - TWO-WAY

**TRAFFIC CONTROL: 6**
1 - ROUNDABOUT
2 - SIGNAL
3 - FLASHER
4 - STOP SIGN
5 - YIELD SIGN
6 - NO CONTROL

# OF THROUGH LANES ON ROAD: 3

**RAIL GRADE CROSSING: 1**
1 - NOT INVLOVED
2 - INVOLVED-ACTIVE CROSSING
3 - INVOLVED-PASSIVE CROSSING

**UNIT / NON-MOTORIST DIRECTION**
FROM 1 TO 2
1 - NORTH
2 - SOUTH
3 - EAST
4 - WEST
5 - NORTHEAST
6 - NORTHWEST
7 - SOUTHEAST
8 - SOUTHWEST
9 - OTHER / UNKNOWN

**UNIT SPEED: 65**

**DETECTED SPEED: 1**
1 - STATED / ESTIMATED SPEED
2 - CALCULATED / EDR
3 - UNDETERMINED

**POSTED SPEED: 65**

# MOTORIST / NON-MOTORIST

**Ohio** Department of Public Safety

LOCAL REPORT NUMBER: 200634291

## Unit 1

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| 1 | JAGJIT, SINGH | | 02/10/1981 | 39 | M |

**ADDRESS: STREET, CITY, STATE, ZIP** 5802 BLUE SPRUCE AVE, BAKERSFIELD, CA, 93301

**CONTACT PHONE** - INCLUDE AREA CODE

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 1 | | | 4 | | 1 | 1 | 1 | 1 |

| OL STATE | OPERATOR LICENSE NUMBER | OFFENSE CHARGED | LOCAL CODE | OFFENSE DESCRIPTION | CITATION NUMBER |
|---|---|---|---|---|---|
| CA | | 2131.08A | ☒ | DRIVING WITHIN LANES OR CONTINU | 1937422 |

| OL CLASS | ENDORSEMENT | RESTRICTION SELECT UP TO 3 | DRIVER DISTRACTED BY | ALCOHOL / DRUG SUSPECTED | CONDITION | ALCOHOL TEST | | | | DRUG TEST(S) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ☐ ALCOHOL ☐ MARIJUANA | | STATUS | TYPE | VALUE | STATUS | TYPE | RESULTS SELECT UP TO 4 | |
| 1 | | | 1 | ☐ OTHER DRUG | 1 | 1 | 1 | . | 1 | 1 | | |

## Unit 2

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| 2 | SHEARER, EMILY, BRIANNE | | 06/09/1997 | 23 | F |

**ADDRESS: STREET, CITY, STATE, ZIP** 6288 LEHMAN RD, DELAWARE, OH, 43015

**CONTACT PHONE** - INCLUDE AREA CODE

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | COLUMBUS FIRE | ST ANNES | 4 | | 1 | 2 | 1 | 2 |

| OL STATE | OPERATOR LICENSE NUMBER | OFFENSE CHARGED | LOCAL CODE | OFFENSE DESCRIPTION | CITATION NUMBER |
|---|---|---|---|---|---|
| OH | | | | | |

| OL CLASS | ENDORSEMENT | RESTRICTION SELECT UP TO 3 | DRIVER DISTRACTED BY | ALCOHOL / DRUG SUSPECTED | CONDITION | ALCOHOL TEST | | | | DRUG TEST(S) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ☐ ALCOHOL ☐ MARIJUANA | | STATUS | TYPE | VALUE | STATUS | TYPE | RESULTS SELECT UP TO 4 | |
| 4 | | 3 | | ☐ OTHER DRUG | 1 | 1 | 1 | . | 1 | 1 | | |

## Unit 3

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| | | | | | |

**ADDRESS: STREET, CITY, STATE, ZIP**

**CONTACT PHONE** - INCLUDE AREA CODE

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| OL STATE | OPERATOR LICENSE NUMBER | OFFENSE CHARGED | LOCAL CODE | OFFENSE DESCRIPTION | CITATION NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| OL CLASS | ENDORSEMENT | RESTRICTION SELECT UP TO 3 | DRIVER DISTRACTED BY | ALCOHOL / DRUG SUSPECTED | CONDITION | ALCOHOL TEST | | | | DRUG TEST(S) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ☐ ALCOHOL ☐ MARIJUANA | | STATUS | TYPE | VALUE | STATUS | TYPE | RESULTS SELECT UP TO 4 | |
| | | | | ☐ OTHER DRUG | | | | . | | | | |

## Legend

### INJURIES
1 - FATAL
2 - SUSPECTED SERIOUS INJURY
3 - SUSPECTED MINOR INJURY
4 - POSSIBLE INJURY
5 - NO APPARENT INJURY

### INJURIES TAKEN BY
1 - NOT TRANSPORTED /TREATED AT SCENE
2 - EMS
3 - POLICE
9 - OTHER / UNKNOWN

### SAFETY EQUIPMENT
1 - NONE USED
2 - SHOULDER BELT ONLY USED
3 - LAP BELT ONLY USED
4 - SHOULDER & LAP BELT USED
5 - CHILD RESTRAINT SYSTEM - FORWARD FACING
6 - CHILD RESTRAINT SYSTEM - REAR FACING
7 - BOOSTER SEAT
8 - HELMET USED
9 - PROTECTIVE PADS USED (ELBOWS, KNEES, ETC)
10 - REFLECTIVE CLOTHING
11 - LIGHTING - PEDESTRIAN / BICYCLE ONLY
99 - OTHER / UNKNOWN

### SEATING POSITION
1 - FRONT - LEFT SIDE (MOTORCYCLE DRIVER)
2 - FRONT - MIDDLE
3 - FRONT - RIGHT SIDE
4 - SECOND - LEFT SIDE (MOTORCYCLE PASSENGER)
5 - SECOND - MIDDLE
6 - SECOND - RIGHT SIDE
7 - THIRD - LEFT SIDE (MOTORCYCLE SIDE CAR)
8 - THIRD - MIDDLE
9 - THIRD - RIGHT SIDE
10 - SLEEPER SECTION OF TRUCK CAB
11 - PASSENGER IN OTHER ENCLOSED CARGO AREA (NON-TRAILING UNIT, BUS, PICK-UP WITH CAP)
12 - PASSENGER IN UNENCLOSED CARGO AREA (NON-TRAILING UNIT)
13 - TRAILING UNIT
14 - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)
15 - NON-MOTORIST
99 - OTHER / UNKNOWN

### AIR BAG
1 - NOT DEPLOYED
2 - DEPLOYED FRONT
3 - DEPLOYED SIDE
4 - DEPLOYED BOTH FRONT/SIDE
5 - NOT APPLICABLE
9 - DEPLOYMENT UNKNOWN

### EJECTION
1 - NOT EJECTED
2 - PARTIALLY EJECTED
3 - TOTALLY EJECTED
4 - NOT APPLICABLE

### TRAPPED
1 - NOT TRAPPED
2 - EXTRICATED BY MECHANICAL MEANS
3 - FREED BY NON-MECHANICAL MEANS

### OL CLASS
1 - CLASS A
2 - CLASS B
3 - CLASS C
4 - REGULAR CLASS (OHIO = D)
5 - M/C MOPED ONLY
6 - NO VALID OL

### OL ENDORSEMENT
H - HAZMAT
M - MOTORCYCLE
P - PASSENGER
N - TANKER
Q - MOTOR SCOOTER
R - THREE-WHEEL MOTORCYCLE
S - SCHOOL BUS
T - DOUBLE & TRIPLE TRAILERS
X - TANKER / HAZMAT

### GENDER
F - FEMALE
M - MALE
U - OTHER / UNKNOWN

### OL RESTRICTION(S)
1 - ALCOHOL INTERLOCK DEVICE
2 - CDL INTRASTATE ONLY
3 - CORRECTIVE LENSES
4 - FARM WAIVER
5 - EXCEPT CLASS A BUS
6 - EXCEPT CLASS A & CLASS B BUS
7 - EXCEPT TRACTOR-TRAILER
8 - INTERMEDIATE LICENSE RESTRICTIONS
9 - LEARNER'S PERMIT RESTRICTIONS
10 - LIMITED TO DAYLIGHT ONLY
11 - LIMITED TO EMPLOYMENT
12 - LIMITED - OTHER
13 - MECHANICAL DEVICES (SPECIAL BRAKES, HAND CONTROLS, OR OTHER ADAPTIVE DEVICES)
14 - MILITARY VEHICLES ONLY
15 - MOTOR VEHICLES WITHOUT AIR BRAKES
16 - OUTSIDE MIRROR
17 - PROSTHETIC AID
18 - OTHER

### DRIVER DISTRACTION
1 - NOT DISTRACTED
2 - MANUALLY OPERATING AN ELECTRONIC COMMUNICATION DEVICE (TEXTING, TYPING, DIALING)
3 - TALKING ON HANDS-FREE COMMUNICATION DEVICE
4 - TALKING ON HAND-HELD COMMUNICATION DEVICE
5 - OTHER ACTIVITY WITH AN ELECTRONIC DEVICE
6 - PASSENGER
7 - OTHER DISTRACTION INSIDE THE VEHICLE
8 - OTHER DISTRACTION OUTSIDE THE VEHICLE
9 - OTHER / UNKNOWN

### CONDITION
1 - APPARENTLY NORMAL
2 - PHYSICAL IMPAIRMENT
3 - EMOTIONAL (E.G., DEPRESSED, ANGRY, DISTURBED)
4 - ILLNESS
5 - FELL ASLEEP, FAINTED, FATIGUED, ETC.
6 - UNDER THE INFLUENCE OF MEDICATIONS / DRUGS / ALCOHOL
9 - OTHER / UNKNOWN

### TEST STATUS
1 - NONE GIVEN
2 - TEST REFUSED
3 - TEST GIVEN, CONTAMINATED SAMPLE / UNUSABLE
4 - TEST GIVEN, RESULTS KNOWN
5 - TEST GIVEN, RESULTS UNKNOWN

### ALCOHOL TEST TYPE
1 - NONE
2 - BLOOD
3 - URINE
4 - BREATH
5 - OTHER

### DRUG TEST TYPE
1 - NONE
2 - BLOOD
3 - URINE
4 - OTHER

### DRUG TEST RESULT(S)
1 - AMPHETAMINES
2 - BARBITURATES
3 - BENZODIAZEPINES
4 - CANNABINOIDS
5 - COCAINE
6 - OPIATES / OPIOIDS
7 - OTHER
8 - NEGATIVE RESULTS

# OCCUPANT / WITNESS ADDENDUM

## OCCUPANT

| UNIT # | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| 2 | SCHEARER, LORA | 12/09/1979 | 40 | F |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| 165 LOFTON CIR, DELAWARE, OH, 43015 | |

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 1 | | | 4 | | 3 | 2 | 1 | 2 |

## OCCUPANT

| UNIT # | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| | | | | |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| | |

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## OCCUPANT

| UNIT # | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| | | | | |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| | |

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## OCCUPANT

| UNIT # | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| | | | | |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| | |

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| INJURIES | SAFETY EQUIPMENT USED | SEATING POSITION | AIR BAG USAGE |
|---|---|---|---|
| 1 - FATAL | 1 - NONE USED - VEHICLE OCCUPANT | 1 - FRONT - LEFT SIDE (MOTORCYCLE DRIVER) | 1 - NOT DEPLOYED |
| 2 - SUSPECTED SERIOUS INJURY | 2 - SHOULDER BELT ONLY USED | 2 - FRONT - MIDDLE | 2 - DEPLOYED FRONT |
| 3 - SUSPECTED MINOR INJURY | 3 - LAP BELT ONLY USED | 3 - FRONT - RIGHT SIDE | 3 - DEPLOYED SIDE |
| 4 - POSSIBLE INJURY | 4 - SHOULDER & LAP BELT USED | 4 - SECOND - LEFT SIDE (MOTORCYCLE PASSENGER) | 4 - DEPLOYED BOTH FRONT/SIDE |
| 5 - NO APPARENT INJURY | 5 - CHILD RESTRAINT SYSTEM - FORWARD FACING | 5 - SECOND - MIDDLE | 5 - NOT APPLICABLE |
| **INJURED TAKEN BY** | 6 - CHILD RESTRAINT SYSTEM - REAR FACING | 6 - SECOND - RIGHT SIDE | 9 - DEPLOYMENT UNKNOWN |
| 1 - NOT TRANSPORTED / TREATED AT SCENE | 7 - BOOSTER SEAT | 7 - THIRD - LEFT SIDE (MOTORCYCLE SIDE CAR) | **EJECTION** |
| 2 - EMS | 8 - HELMET USED | 8 - THIRD - MIDDLE | 1 - NOT EJECTED |
| 3 - POLICE | 9 - PROTECTIVE PADS USED (ELBOWS, KNEES, ETC) | 9 - THIRD - RIGHT SIDE | 2 - PARTIALLY EJECTED |
| 9 - OTHER / UNKNOWN | 10 - REFLECTIVE CLOTHING | 10 - SLEEPER SECTION OF TRUCK CAB | 3 - TOTALLY EJECTED |
| **GENDER** | 11 - LIGHTING - PEDESTRIAN / BICYCLE ONLY | 11 - PASSENGER IN OTHER ENCLOSED CARGO AREA (NON-TRAILING UNIT SUCH AS A BUS, PICK-UP WITH CAP) | 4 - NOT APPLICABLE |
| F - FEMALE | 99 - OTHER / UNKNOWN | 12 - PASSENGER IN UNENCLOSED CARGO AREA | **TRAPPED** |
| M - MALE | | 13 - TRAILING UNIT | 1 - NOT TRAPPED |
| U - OTHER / UNKNOWN | | 14 - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT) | 2 - EXTRICATED BY MECHANICAL MEANS |
| | | 15 - NON-MOTORIST | 3 - FREED BY NON-MECHANICAL MEANS |
| | | 99 - OTHER / UNKNOWN | |

## WITNESS

| NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|
| FOUT. CHARLES | 11/23/1977 | 42 | M |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| 210 N WAGNER AVE, BALTIMORE, OH, 43105 | |

## WITNESS

| NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|
| | | | |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| | |

## WITNESS

| NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|
| | | | |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| | |